1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF TEXAS

3                 FORT WORTH DIVISION

4  UNITED STATES OF AMERICA,      ) CASE NO. 4:10-CR-050-A
                                  )
5          Government,            )
                                  ) FORT WORTH, TEXAS
6  VERSUS                         )
                                  ) AUGUST 13, 2010
7  JOSE JULIAN OROZCO-LOPEZ (01), )
   JOANA MARTHA ROSALES (02),     )
8  SALVADOR NUNEZ (04),           )
   J. TRINIDAD GOMEZ, JR. (05),   )
9  JOSE JESUS HORTA-FIGUEROA (06),)
           Defendants.            ) 9:00 A.M.

10

11                    VOLUME 1 OF 1
   TRANSCRIPT OF SENTENCING HEARING FOR JOSE JULIAN OROZCO-LOPEZ
12             BEFORE THE HONORABLE JOHN McBRYDE
               UNITED STATES DISTRICT COURT JUDGE

13

14  **A P P E A R A N C E S:**

15  FOR THE GOVERNMENT:      MR. JOSH BURGESS
                            UNITED STATES DEPARTMENT OF JUSTICE
16                          NORTHERN DISTRICT OF TEXAS
                            801 Cherry Street, Suite 1700
17                          Fort Worth, Texas  76102-6882
                            Telephone:  817.252.5200

18

19  FOR THE DEFENDANT:      MR. MARK A. PEREZ
    OROZCO-LOPEZ (01)       Law Office of Mark A. Perez
20                          400 N. St. Paul St., Suite 1000
                            Dallas, Texas  75201
21                          Telephone:  214.752.0505

22  FOR THE DEFENDANT:      MR. MARK R. DANIELSON
    ROSALES (02)            Law Office of Mark R. Danielson
23                          601 Strada Circle, Suite 106
                            Mansfield, Texas  76063
24                          Telephone:  817.845.3790

25

```
 1    FOR THE DEFENDANT:        MR. TODD DURDEN
      NUNEZ (04)                The Durden Law Firm
 2                              5750 Rufe Snow Drive, Suite 130
                                North Richland Hills, Texas  76180
 3                              Telephone:  817.581.9900

 4
      FOR THE DEFENDANT:        MR. RAFAEL DE LA GARZA
 5    GOMEZ (05)                de la Garza Law Firm
                                1015 E. 15th Street
 6                              Plano, Texas  75074
                                Telephone:  214.740.1708
 7

 8    FOR THE DEFENDANT:        MR. BRIAN O'SHEA
      HORTA-FIGUEROA (06)       Law Office of Brian O'Shea
 9                              5646 Milton, Suite 330
                                Dallas, Texas  75206
10                              Telephone:  214.537.1475

11

12    INTERPRETER:              MS. YOVANA GONZALEZ
      FOR (01),(04),(06)
13

14    COURT REPORTER:           DEBRA G. SAENZ, CSR, RMR, CRR
                                501 W. 10th Street, Room 424
15                              Fort Worth, Texas  76102
                                Telephone:  817.850.6661
16                              E-Mail: debbie.saenz@yahoo.com

17

18    Proceedings reported by mechanical stenography, transcript

19    produced by computer.

20

21

22

23

24

25
```

**I N D E X**

**PROCEEDING**                                              **PAGE**

Objections to PSR by Mr. Perez..................  07

TESTIMONY OF JEFF BRANTLEY (IN ALL FIVE CASES)
        Direct Examination by Mr. Burgess..........  11
        Cross-Examination by Mr. De La Garza.......  17
        Cross-Examination by Mr. Perez.............  22
        Cross-Examination by Mr. O'Shea............  24
        Cross-Examination by Mr. Durden............  26


Argument by Mr. De La Garza.....................  30
Court's Ruling..................................  32


Argument by Mr. Perez...........................  32
Court's Ruling..................................  35


Court's Ruling on Horta-Figueroa and Nunez......  37

OROZCO-LOPEZ CASE ONLY

Court's Findings................................  39

Statements on Sentencing
  By Mr. Perez...................................  39
  By Defendant Orozco-Lopez.....................  42

Sentence of the Court...........................  42

Government's Motion to Dismiss..................  42**
Court's Ruling..................................  42**
***NOTE:   DISMISSAL IN OROZCO-LOPEZ CASE DONE
          DURING HORTA-FIGUEROA CASE***


Reporter's Certificate..........................  46

Word Index......................................  47

1               **P R O C E E D I N G S**

2                 August 13, 2010 – 9:00 a.m.

3          THE COURT:  Okay.  Let me call now in this same

4     case, 4:10-CR-050-A, defendant Jose Julian Orozco-Lopez, and

5     he's represented by Mr. Mark Perez.

6               MR. PEREZ:  Mark Perez, Your Honor.

7               THE COURT:  Let me find the name.  Mr. Perez?

8               MR. PEREZ:  Yes, Your Honor.

9               THE COURT:  Okay.  I don't know whether I've met

10    you.  And Mr. Burgess is here for the Government.

11              MR. BURGESS:  Yes, Your Honor.

12              THE COURT:  He's apparently here with the Government

13    in all cases.  Who is your case agent?

14              MR. BURGESS:  Jeff Brantley, Your Honor, task force

15    officer.

16              THE COURT:  Okay.  Now, Mr. Perez, does your client

17    need an interpreter?

18              MR. PEREZ:  He does, Your Honor.

19              THE COURT:  Okay.  And Ms. Gonzalez is here for that

20    purpose.  Have you been sworn in this case?

21              THE INTERPRETER:  No, Your Honor.

22              THE COURT:  Okay.  If you would, raise your right

23    hand to be sworn.

24              (Interpreter sworn by the courtroom deputy).

25              THE COURT:  Okay.  Mr. -- what is your full name by

1    the way?

2            DEFENDANT OROZCO-LOPEZ:  Jose Julian Orozco-Lopez.

3            THE COURT:  Okay.  And do you normally go by the

4    surname of Orozco?

5            DEFENDANT OROZCO-LOPEZ:  Yes.  Yes, sir.

6            THE COURT:  Okay.  You appeared before me on May 4,

7    2010.  Let's see.  I've got the wrong --

8            MR. PEREZ:  Your Honor, we're having some problems.

9    There are some technical problems with this equipment.  If

10   it's okay, can we do this without the use of that equipment?

11   I believe my client can hear.

12           THE COURT:  Well, if the interpreter can simply

13   stand by him.

14           THE INTERPRETER:  Yes, Your Honor, I can do that.

15   That's not a problem.

16           MR. PEREZ:  Thank you, Your Honor.

17           THE COURT:  How many will we need interpreters for?

18   Have you figured that out, Ms. Gonzalez?

19           THE INTERPRETER:  Apparently, there are three total

20   and --

21           THE COURT:  Okay.  I'm going to take each defendant

22   up separately to begin with, and as I do that, you could stand

23   by the defendant beforehand.

24           THE INTERPRETER:  Very well.

25           THE COURT:  But then at a point, I will be dealing

1   with something that effects all three defendants at the same

2   time.

3          THE INTERPRETER:  Yes, sir.

4          THE COURT:  So see how that can work, if you can

5   position yourself where they can all hear you and you can hear

6   them --

7          THE INTERPRETER:  Very well, Your Honor.

8          THE COURT:  -- at the same time.  If you have a

9   problem, let me know.

10         THE INTERPRETER:  I will.  Thank you.

11         THE COURT:  Okay.  I've forgotten where we were.

12         What is your surname?  What surname do you

13  ordinarily use?

14         DEFENDANT OROZCO-LOPEZ:  Orozco-Lopez.

15         THE COURT:  Okay.  Let's see.  I may be repeating

16  myself.  You appeared before me on May 4, 2010 with your

17  attorney and pleaded guilty to the offense charged by the

18  one-count indictment in this case, conspiracy to possess with

19  intent to distribute a controlled substance.  And, of course,

20  we're here today for sentencing based on the conviction

21  resulting from that plea.

22         Mr. Perez, did you and your client receive in a

23  timely manner the presentence report and the addendum to it?

24         MR. PEREZ:  Yes, Your Honor, we did.

25         THE COURT:  And were those items read to your client

1    in his language?

2              *MR. PEREZ:*  Yes, Your Honor.

3              *THE COURT:*  And did the two of you discuss those

4    items with each other in his language?

5              *MR. PEREZ:*  Yes, Your Honor.

6              *THE COURT:*  Okay.  And there were some objections

7    made, as I recall.  Have you seen the response to the

8    objections, the addendum where the probation officer

9    responded, and my order expressing my tentative conclusion

10   that they are about merit.

11             Do you still wish to pursue any of those objections?

12             *MR. PEREZ:*  Your Honor, we will withdraw our first

13   objection.  Regarding the second objection, there is an issue

14   as to primarily one of the five factors in the safety valve

15   that we want to address regarding the untruthfulness.

16             And although it's not in my PSR, I think it's

17   important that I also address the issue of the firearm because

18   Your Honor will consider that, I'm sure, in whether to give my

19   client the safety valve.

20             *THE COURT:*  Okay.  But you only objected to the

21   truthfulness aspect?

22             *MR. PEREZ:*  I did, Your Honor, but I do feel it's

23   necessary that I address the firearm, unless the Court doesn't

24   feel like that's an issue.

25             *THE COURT:*  Okay.  Well, I'll let you address it.

1     You don't need to -- we'll come back to that.

2              MR. PEREZ:  Thank you, Your Honor.

3              THE COURT:  We're going to come back to that in a

4     minute, so why don't you and your client step back, and your

5     client can be seated wherever the marshal wants your client to

6     be seated, while I call the other defendants forward.

7              (Proceedings continue with other defendants).

8              (Proceedings jointly as to five defendants, as

9              follows:)

10             THE COURT:  Okay.  Why don't we -- at this time,

11    this will be applicable to all of the defendants who are all

12    in the courtroom with their attorneys.

13             Why don't we have the testimony relative at this

14    time on the gun issue.  And as I understand it, the only gun

15    issue now before the Court -- everybody's abandoned the

16    two-level increase based on the gun, the objection to that,

17    but they are all saying -- except Ms. Rosales, everybody else

18    is saying that there should be a reduction based on the safety

19    valve on the grounds that the defendant wasn't in actual or

20    constructive possession of the firearm, as I understand where

21    we are.

22             So why don't we deal with both of those subjects.

23    Let's go ahead and -- y'all can be seated, Mr. Danielson, you

24    and your client.

25             MR. BURGESS:  May I proceed, Your Honor?

1           *THE COURT:*  Yes.

2           *MR. BURGESS:*  I call Task Force Officer Jeff

3    Brantley.

4           *THE COURT:*  Let me be sure the interpreter is being

5    able to interpret for all three defendants that don't speak

6    English.

7           *THE INTERPRETER:*  They are putting their headset on

8    as we speak, Your Honor.

9           *THE COURT:*  Okay.  Before we go any further, let's

10   be sure that the interpretation is being effectively

11   accomplished.

12          *THE INTERPRETER:*  Okay, Your Honor.

13          *(Pause in Proceedings)*

14          *THE INTERPRETER:*  All three are hearing now.

15          *THE COURT:*  Okay.  If there's any problem with the

16   interpretation, let me know so we can immediately deal with

17   it.

18          Okay.  Raise your right hand to be sworn.

19          (Witness sworn).

20          *THE COURT:*  Okay.  Be seated.

21          Okay.  Why don't you -- I think the issue of the gun

22   is related to the loss of acceptance of responsibility on

23   Mr. Durden -- before we go any further, let me be sure I

24   understand, Mr. Durden, what your position is on acceptance of

25   responsibility.  I think the probation officer suggested that

1    it should be denied because of your client's refusal to

2    acknowledge the existence of a gun or something like that.

3         MR. DURDEN:  Well, actually, Your Honor, initially

4    the probation officer recommended that the acceptance of

5    responsibility be denied based upon his taking my advice to --

6         THE COURT:  Oh, I remember.  You're refreshing my

7    memory.  He wouldn't discuss anything, other than what was in

8    the factual resume.

9         MR. DURDEN:  I advised him to do that.  He took my

10   advice, and I was wrong, and the probation officer then

11   further met with him and he discussed the case at length.  I

12   believe there was actually a report filed with the Court about

13   all of the information that he gave to the probation officer

14   after that in that second meeting.

15        THE COURT:  Let me see where we are on that before

16   we go further.

17        (Pause in Proceedings).

18        THE COURT:  I think the end result was that after

19   the -- as I read the addendum, after the second interview,

20   Mr. Durden, your client denied any knowledge of the existence

21   of the firearm that was possessed by either him or his

22   co-defendants, and the probation officer thought that simply

23   was not a credible position and, therefore, questioned whether

24   your client was denying acceptance of responsibility.

25        I think that's where we are.  So we'll limit the

1    discussion to that, since that seems to be the position the

2    probation officer took, and it appears to me to be a

3    reasonable position.

4              So we'll go ahead with the testimony and then if you

5    want to ask any questions of Mr. Brantley on that subject, if

6    it's pertinent, you can at this time.

7              *MR. DURDEN:*  Thank you, Your Honor.

8              *THE COURT:*  Okay.  Go ahead.

9              *MR. BURGESS:*  Thank you, Your Honor.

10                            **JEFF BRANTLEY,**

11   having been first duly sworn, testified as follows:

12                          **DIRECT EXAMINATION**

13   **BY MR. BURGESS:**

14   *Q.*      Please state your name?

15   *A.*      Jeff Brantley.

16   *Q.*      How are you employed?

17   *A.*      I am a task force officer with the DEA.  I work for

18   the City of North Richland Hills as a police officer.

19   *Q.*      You have been present in the courtroom today and have

20   seen these five defendants be brought forward, correct?

21   *A.*      Yes.

22   *Q.*      Were you responsible for the investigation of this

23   case?

24   *A.*      Yes, sir.

25   *Q.*      As part of that investigation, was a residence

1    located at Cockrell Hill identified?

2    A.      Yes, it was.

3    Q.      Was that location being -- how was that location

4    being used?

5    A.      It was being used to manufacture and distribute

6    methamphetamine in large quantities.

7    Q.      When you say "manufacture," how was it being

8    manufactured?

9    A.      They were taking it from either powder and liquid

10   form and transferring it to crystals.

11   Q.      Is that a long-term process?

12   A.      Not real long, no, sir.

13   Q.      Okay.  In the course of the investigation, was it

14   determined that each of these defendants was regularly present

15   at that residence?

16   A.      Yes.

17   Q.      And for what purpose?  For the manufacture and

18   distribution?

19   A.      Correct.

20   Q.      During the course of the investigation, was a search

21   conducted of that residence?

22   A.      Yes, it was.

23   Q.      Was a firearm found?

24   A.      Yes, it was.

25   Q.      Where was it found?

1    A.        It was found in the bedroom nightstand.

2    Q.        Was there anything located with the firearm that

3    would indicate its connection to drug trafficking?

4    A.        I believe a digital scale was found in the same

5    drawer.

6    Q.        In the course of the investigation, did any defendant

7    acknowledge that they either owned or personally possessed

8    that firearm?

9    A.        No.

10           MR. BURGESS:  That's all I would offer on the

11   firearm, Your Honor.

12           THE COURT:  Okay.  Let me ask a question or two.

13           Were each of the defendants here in the courtroom,

14   was each of the defendants asked about the firearm?

15           THE WITNESS:  To my knowledge, yes, sir, they were.

16           THE COURT:  Okay.  What was the bedroom used for?

17   Do you have any idea?

18           THE WITNESS:  The bedroom or the apartment was

19   actually a residence of Ms. Rosales' father.  He was in Mexico

20   and they had --

21           THE COURT:  Whose father?

22           THE WITNESS:  Ms. Rosales.

23           THE COURT:  You said Ms. Rosales?

24           THE WITNESS:  Yes, Ms. Rosales.

25           THE COURT:  Okay.  Go ahead.

1           THE WITNESS:  It was actually his apartment, and he

2    had left it in her care as he was in Mexico, I believe

3    visiting family.

4           THE COURT:  Was he involved in the drug trafficking?

5           THE WITNESS:  Yes, sir.  Yes, sir.

6           THE COURT:  What was his role in the drug

7    trafficking?

8           THE WITNESS:  Oh, was he involved?

9           THE COURT:  The father.

10          THE WITNESS:  There were a couple of statements

11   saying that he was, but I do not know.

12          THE COURT:  And the apartment had been left in

13   charge of the daughter, Ms. Rosales?

14          THE WITNESS:  Yes.

15          THE COURT:  And who all had ready access to the

16   apartment?

17          THE WITNESS:  Ms. Rosales, Mr. Orozco, and

18   Mr. Gomez.

19          THE COURT:  How did Mr. Orozco and Mr. Gomez have

20   access?

21          THE WITNESS:  One of them, I believe Mr. Gomez, had

22   a key himself.  Ms. Rosales and Mr. Orozco are, I believe,

23   common law, or boyfriend/girlfriend one, and so they were

24   together the majority of the time.

25          THE COURT:  Was Mr. Orozco staying at the apartment?

1          THE WITNESS:  No, sir.  They had their own residence

2     in Grand Prairie.

3          THE COURT:  Ms. Rosales and Mr. Orozco lived

4     together someplace else?

5          THE WITNESS:  Yes, sir.

6          THE COURT:  But both of them had free access to the

7     apartment?

8          THE WITNESS:  Yes, sir.

9          THE COURT:  And do you have any idea or any sense as

10    to how frequently Mr. Orozco might be in the apartment?

11         THE WITNESS:  It was pretty common, by their

12    statements.  They were there quite a bit.

13         THE COURT:  Daily, for example?

14         THE WITNESS:  I would say at least weekly.  I

15    wouldn't say daily, but -- and again, it was just being

16    utilized just simply to manufacture and store and distribute

17    the methamphetamine.

18         THE COURT:  So it was being used in effect as

19    a -- not as a residence, but as a place to manufacture, store,

20    and distribute methamphetamine?

21         THE WITNESS:  Well, her father used it as a

22    residence.  They did not.

23         THE COURT:  But I mean these defendants.

24         THE WITNESS:  Yes, sir, that was their only role.

25    As far as I know, I don't believe they stayed there.

1          THE COURT:  How long did these defendants use that

2     apartment for that purpose or for those purposes?

3          THE WITNESS:  I believe he had been gone for a month

4     or two, so they had been using it pretty much the whole time.

5          THE COURT:  Who was the cook so to speak?  Who made

6     the -- converted the powder to ice?

7          THE WITNESS:  Mr. Gomez was the one who knew how to

8     do it.  They all had, at some point, helped in one way or the

9     other.

10          THE COURT:  In the manufacture of it?

11          THE WITNESS:  Yes, sir.

12          THE COURT:  Tell me how you convert the powder into

13     ice.

14          THE WITNESS:  They were taking just a pot of water,

15     and they would put the powder into the water and just barely

16     cover it, and then they would bring it to a boil.  And once

17     it -- I mean, once it was just pure liquid, then they would

18     pour it into containers and let it dry.  And as it dried, it

19     would crystalize and then they would pour it out, lay it out

20     on something and allow it to dry more.

21          THE COURT:  And you say every defendant -- all five

22     of the defendants before me now participated in that

23     manufacturing process?

24          THE WITNESS:  That is my understanding from their

25     statements, yes, sir.

1          THE COURT:  And is it something that each of them

2      did frequently?

3          THE WITNESS:  I believe Mr. Gomez was the one that

4      did it the most.  I really cannot say how many times each one

5      may have participated.

6          THE COURT:  Okay.  How did Mr. Gomez get into the

7      apartment when he wanted to come and go or get in or out when

8      he wanted to?

9          THE WITNESS:  My understanding is he had a key to

10     it.

11         THE COURT:  Okay.  And did he make that key

12     available to any of the other defendants here in the

13     courtroom?

14         THE WITNESS:  I do not know that.

15         THE COURT:  Okay.  Let's see.  Mr. De La Garza, do

16     you have any questions of this witness?

17         MR. DE LA GARZA:  Briefly, if I may, Your Honor.

18         THE COURT:  Okay.

19                        **CROSS-EXAMINATION**

20     **BY MR. DE LA GARZA:**

21     Q.     Officer Brantley, based upon your investigation, do

22     you have any specific intelligence or information that my

23     client, Mr. Gomez, knew of the existence of that firearm?

24     A.     No, I do not.

25     Q.     Do you have any specific information that he intended

1   to exercise control, care, or custody of that firearm?

2   *A.*      I do not.

3              *MR. DE LA GARZA:*  That's all I have, Your Honor.

4              *THE COURT:*  The scales that were in the -- you can

5   sit down.  I'm asking him a question.

6              *MR. DE LA GARZA:*  Thank you.

7              *THE COURT:*  The scales that were in the drawer with

8   the firearm -- first of all, what kind of firearm was it?

9              *THE WITNESS:*  It was a handgun.

10             *THE COURT:*  And did it have bullets in it?

11             *THE WITNESS:*  I believe it did, Your Honor.

12             *THE COURT:*  Okay.  The scales that were with it,

13  what were those scales used for?

14             *THE WITNESS:*  Weighing out methamphetamine, usually

15  in small amounts because it was just a small digital scale, so

16  it wouldn't weigh up to big amounts of methamphetamine.

17             *THE COURT:*  Okay.  Was there any other scale in the

18  apartment found as a result of the search?

19             *THE WITNESS:*  I don't believe so, but I don't really

20  recall if we found any other scales other than that one.

21             *THE COURT:*  Okay.  So that's your best recollection

22  is that that was the only one found?

23             *THE WITNESS:*  I believe so.

24             *THE COURT:*  So if anybody wanted to weigh out a

25  small amount of methamphetamine for use or sale, for example,

1    they had to use that particular scale and had to go into that

2    particular drawer?

3            THE WITNESS:  Yes, sir.

4            THE COURT:  Okay.  Let's see.  Who is next.

5    Mr. Perez, do you have any questions of this witness?

6            MR. PEREZ:  Yes, Your Honor, I think I have a few.

7            Your Honor, in addition to asking the detective or

8    investigator about the firearms, I did have some other

9    questions I wanted to ask him regarding the other issue in my

10   objections, and I want to know if you want me to address those

11   now.

12           THE COURT:  Let me find your objections and see what

13   you're talking about.  Okay.  I'm look at your objections.

14   Indicate to me which other issues you want to --

15           MR. PEREZ:  As to his untruthfulness, that was

16   the -- I think number five of the --

17           THE COURT:  Which objection are you referring to, by

18   number?  Do you have your objections in front of you?

19           MR. PEREZ:  It's the second objection, Your Honor.

20   And as I addressed earlier, the second objection regarding the

21   PSR, the PSR did not directly address the firearm issue, but I

22   do know the Court can also take that into consideration.

23           THE COURT:  Okay.  I'm going to let you -- I think

24   I've heard enough to know what your client did.  I think a

25   fair inference could be drawn from the record that your client

1   did have actual, if not -- at least constructive, and probably

2   actual possession of that firearm, in the sense that he had

3   ready access to it, and I think you can infer that he knew it

4   was there.

5          But I'm going to let you argue about that, and if

6   you have another question you want to ask him, that's fine.

7   I'm looking to see what you really did object to, and you

8   objected to the Government not taking the position that your

9   client had made a full disclosure.

10          *MR. PEREZ:*  Yes, Your Honor.

11          *THE COURT:*  And I think for me to authorize the

12   safety valve, the Government has to do that.  Is that your

13   understanding?

14          *MR. PEREZ:*  Yes, Your Honor.

15          *THE COURT:*  Okay.  Well, how can I force the

16   Government to do that?

17          *MR. PEREZ:*  Well, I -- I do want to ask the

18   investigator a question.  I did speak with Joshua Burgess and

19   also Mr. Brantley about my client's truthfulness, and I can

20   represent to you that they have admitted that they feel that

21   my client admitted to the manufacture and sale of

22   methamphetamine and as to everyone's role in the conspiracy.

23          In addition to that, Your Honor, they tell me and

24   they admit that he was honest as to the offense conduct and as

25   to his role in the conspiracy.

1          *THE COURT:*  What was it that the Government felt

2     that he did not fully disclose?

3          *THE WITNESS:*  Your Honor, there was another subject,

4     not involved in our investigation, but he was actually the

5     source of supply for this methamphetamine who resides in

6     Mexico, and he was a defendant in a case involved in Corpus

7     Christi.

8          When we spoke to Mr. Gomez and Mr. Orozco about this

9     subject, they did provide information, but I just don't

10    believe they gave as much as they could have.  As I advised

11    Mr. Perez, I believe that whenever we would ask them

12    questions, they were truthful with their answers; but if we

13    didn't specifically ask them about something, they wouldn't

14    fill in the blanks.

15         And then there was also an issue of who was

16    responsible or who actually -- whether they brought it in or

17    whether they just picked it up -- of how 20 kilos of

18    methamphetamine got into the U.S. and who was responsible for

19    picking it up, and both of them were pointing fingers at each

20    other and saying, no, he picked it up.

21         So again, who was telling the truth, or did either

22    one of them pick it up, I do not know.

23          *THE COURT:*  In other words, you couldn't form a

24    judgment that either of them were being truthful on that?

25          *THE WITNESS:*  Correct.

1          THE COURT:  Who is the person in Mexico, based on

2    your investigation, who was supplying the drugs?

3          THE WITNESS:  It's a subject named Gilberto Jimenez,

4    who is supposed to be Mr. Orozco and Mr. Gomez' uncle.

5          THE COURT:  Is he connected some way with any of the

6    drug cartel in Mexico?

7          THE WITNESS:  He is supposed to be La Familia.

8          THE COURT:  And what is his position with the La

9    Familia organization?

10          THE WITNESS:  I'm not 100 percent on that, no, sir.

11          THE COURT:  Was this group, the ones in the

12    courtroom, were they in effect an American extension of the La

13    Familia Drug Cartel?

14          THE WITNESS:  The best that we could tell, with

15    their association with Mr. Jimenez, then whether they were a

16    direct affiliated with them, they would be affiliated with

17    them, you know, through that. (sic).

18          THE COURT:  Well, the drugs that were being

19    distributed here, were they drugs to be distributed for La

20    Familia?

21          THE WITNESS:  Yes, sir.

22          THE COURT:  Okay.  Go ahead.

23                          **CROSS-EXAMINATION**

24    **BY MR. PEREZ:**

25    *Q.*      On August -- I'm sorry.  On June 23rd, 2010, when

1    you did debrief my client, you debriefed my client with two

2    other investigators from Corpus Christi?

3    A.      Correct.

4    Q.      And you were -- you were primarily asking questions

5    about conspiracy and how it connected to our conspiracy here?

6    A.      No, they were more talking about their case.  We did

7    speak of this case here quite a bit, but they were -- the

8    biggest thing was they were trying to get more information

9    about Mr. Jimenez.

10   Q.      And you did find my client to be very helpful?

11   A.      If I remember right, he denied not knowing a whole

12   lot about Mr. Jimenez during that debrief.

13           THE COURT:  He denied knowing a lot about it?

14           THE WITNESS:  Yes, sir.

15   Q.      Now, you're not saying he denied knowing him?

16   A.      No, he knew him, but he denied ever speaking to him

17   on the phone or really having a whole lot of contact with him.

18   Q.      But he was willing to go ahead and try and identify

19   him, wasn't he?

20   A.      He -- whenever they asked him a question about him,

21   yes, he tried to give them what information he could.

22   Q.      And that's something you'll probably seek to do at

23   some point to see if you can identify him?

24   A.      Yes, sir, as we spoke earlier, yes.

25   Q.      And if you're seeking to get him to identify my

1    client, then there's a conclusion that you would believe is an

2    implication? (sic)

3    A.      I'm sorry, it what?

4    Q.      There would be that conclusion that you would believe

5    his identification?

6    A.      Yes, if he pointed him out, yes.

7            MR. PEREZ:  No further questions, Your Honor.  Thank

8    you.

9            THE COURT:  Okay.  Let's see.  Does defendant Horta

10   have any questions of this witness?

11           MR. O'SHEA:  Yes, Your Honor.

12                         **CROSS-EXAMINATION**

13   **BY MR. O'SHEA:**

14   Q.      Agent Brantley, do you have any evidence whether

15   Mr. Horta had ownership, dominion, or control over the gun?

16   A.      No, sir, I do not.

17   Q.      Do you have any evidence whether Mr. Horta had

18   ownership, dominion, or control over the premises?

19   A.      No, sir.

20   Q.      Do you have any evidence whether Mr. Horta had

21   ownership, dominion, or control over the scales?

22   A.      No, sir.

23   Q.      Do you have any evidence whether Mr. Horta knew about

24   the gun?

25   A.      No, sir.

1   *Q.*      Do you have any evidence whether Mr. Horta knew about

2   the scales?

3   *A.*      No, sir.

4            *MR. O'SHEA:*  That's all I have, Your Honor.

5            *THE COURT:*  Let me ask you specifically about

6   Mr. Horta.

7            What was his -- what did you learn his role to be in

8   the conspiracy?

9            *THE WITNESS:*  To my understanding -- I never spoke

10  to Mr. Horta, another agent did, more because of the language

11  barrier, but it's my understanding that he was somebody that

12  was just selling methamphetamine for Mr. Gomez and Mr. Orozco,

13  and he also lived with Mr. Gomez and Mr. Nunez where a large

14  quantity of methamphetamine and large amount of cash was

15  discovered.

16           *THE COURT:*  He did what?  I'm sorry?

17           *THE WITNESS:*  He lived --

18           *THE COURT:*  He also did something.

19           *THE WITNESS:*  Yeah.  He lived with Mr. Gomez and

20  Mr. Nunez in another apartment and -- where a large amount of

21  methamphetamine and a large amount of U.S. currency was

22  located.

23           *THE COURT:*  Well, did you have any sense as to how

24  often Mr. Horta might be at the -- is it the Cockrell Hill

25  apartment?

| | |
|---|---|
| 1 | *THE WITNESS:*  I believe he would be over there only |
| 2 | under the direction or probably with Mr. Gomez or Mr. Orozco. |
| 3 | *THE COURT:*  Okay.  Thank you. |
| 4 | Okay.  Let's see.  Does Mr. Nunez have any questions |
| 5 | of this witness? |
| 6 | *MR. DURDEN:*  Yes, Your Honor.  May it please the |
| 7 | Court. |
| 8 | *THE COURT:*  Yes. |
| 9 | **CROSS-EXAMINATION** |
| 10 | **BY MR. DURDEN:** |
| 11 | *Q.*     Officer Brantley, would you say the same thing about |
| 12 | defendant Nunez, that he would only be present in the Cockrell |
| 13 | Hills apartment if he were there under the direction or |
| 14 | control of Orozco or Gomez? |
| 15 | *A.*     Yes, sir. |
| 16 | *Q.*     Okay.  Now, you mentioned the apartment in which |
| 17 | Mr. Nunez lived.  There was a large amount of methamphetamine |
| 18 | and cash in that apartment; is that correct? |
| 19 | *A.*     Correct. |
| 20 | *Q.*     There were no firearms in that apartment, were there? |
| 21 | *A.*     No. |
| 22 | *Q.*     Now, the firearm in question was present at the |
| 23 | Cockrell Hills apartment in a drawer of a dresser; is that |
| 24 | correct? |
| 25 | *A.*     Nightstand, yes. |

1   Q.      Okay, of a nightstand, okay.  Then is it fair to say

2   that the handgun was not in plain view?

3   A.      No, sir.

4   Q.      I'm sorry, I asked that bad.  Is it --

5            THE COURT:  If it's in a drawer, it's not in plain

6   view.  Let's don't play games.  Let's go on.

7   Q.      Now, Mr. Nunez made a full statement at the time of

8   his arrest; is that correct?

9   A.      Yes, sir.

10  Q.      Now, do you have any evidence that he was untruthful

11  in his statement?

12  A.      No, sir.  As with Mr. Horta, I did not speak to him

13  because of the language barrier, but it's to my knowledge that

14  what he said, yes, he was being truthful.

15  Q.      Now, you and I spoke along with Mr. Burgess prior to

16  the hearing today, and it's my understanding that as far as

17  his debriefing and Mr. Nunez's statements, the Government has

18  no complaint as far as his truthfulness, but as far as safety

19  valve, the only issue is whether there would be constructive

20  possession of the gun; is that correct?

21  A.      Correct.

22  Q.      Okay.  Now, did Mr. Nunez have a key to that

23  apartment at Cockrell Hills?

24  A.      Not to my knowledge.

25  Q.      Was Mr. Nunez an occupant of that apartment at

1    Cockrell Hills?

2    A.        No, sir.

3    Q.        Okay.  Now, the -- the scales that were present in

4    that drawer with the nightstand, were they the digital scales,

5    or were they mechanical scales?  What kind of scales were

6    they?

7    A.        They were digital scales.

8    Q.        Okay.  And were there scales found in the apartment

9    where Mr. Nunez lived?

10   A.        I don't recall if there were.

11   Q.        Okay.  But there was the -- the methamphetamine, the

12   cash, and the other tools of the trade were over there with

13   Mr. Nunez?

14   A.        Correct.

15   Q.        Okay.  Now, you may not recall it per se, but I mean,

16   you -- with -- can you tell the Court whether or not you can

17   testify directly whether or not there were not scales with

18   Mr. Nunez?

19   A.        I don't quite understand.

20        THE COURT:  I think he's answered that question

21   about every way he can.  Let's don't ask it again.

22   Q.        Okay.  Well, scales are pretty common in --

23        THE COURT:  Let's don't go into that again,

24   Mr. Durden.  I just told you, let's move onto something else.

25   He's already talked about the scales, and he's answered every

1   question that reasonably could be expected to answer.  Go on

2   to something else.

3   Q.      Is it your testimony that that's the only set of

4   scales that had --

5           THE COURT:  Mr. Durden, do you want to be held in

6   contempt of court?

7           MR. DURDEN:  No, Your Honor.

8           THE COURT:  You're heading in that direction.

9   Q.      All right.  Do you have any -- okay.  As far as the

10  contents of that drawer of the nightstand, do you have any

11  evidence of how long those contents were in that drawer?

12  A.      No, sir, I don't.

13  Q.      Do you have any evidence that those contents of that

14  drawer were there when Mr. Nunez was in the apartment?

15  A.      No, sir.

16  Q.      Okay.  Now, when I say the contents of the drawer,

17  I'm of course referring to the handgun and/or the scales?

18  A.      Correct.

19  Q.      Thank you.  Do you have any evidence that Mr. Nunez

20  exercised ownership, dominion, or control over the handgun?

21  A.      I do not.

22  Q.      And do you have any evidence that he has been less

23  than truthful in debriefing and speaking to the agents in this

24  case?

25  A.      Not to my knowledge.

1          MR. DURDEN:  Thank you, Your Honor.  I'll pass the

2     witness.

3          THE COURT:  Okay.  Did you have any further

4     questions you want you wanted to ask?

5          MR. BURGESS:  Not on the issue of the gun, no, Your

6     Honor.  I do have the issue on the 5K for Ms. Rosales, but --

7          THE COURT:  Okay.  Let's deal with the gun issue

8     before we come back and do that.  Why don't you just stay

9     right now, if you don't mind, and let's deal with the gun

10     issue.

11          Okay.  Let's go back to Mr. Gomez.  Do you have any

12     statement you want to make or anything else you want to offer

13     on the subject of whether your client should be given a safety

14     valve, Mr. De La Garza?

15          MR. DE LA GARZA:  Your Honor, the only statement I

16     would like to make, if it pleases the Court, is on the issue

17     of constructive possession.

18          If you look at the Fifth Circuit Pattern Jury

19     Charge, Your Honor, part of constructive possession is there

20     is two additional elements in the Fifth Circuit Pattern Jury

21     Charge for constructive possession, Your Honor, which is

22     intent and knowledge.

23          There has to be evidence to show that they had

24     knowledge of the firearm, that they had intent to control that

25     firearm, and we're just saying, Your Honor, based upon all of

1    the evidence we've heard here, there is a lack -- we're not

2    contesting any of the evidence that's been presented, I'm

3    just --

4              THE INTERPRETER:  Excuse me, Your Honor, sorry.

5    We're having interpreter equipment difficulties.  One of

6    the --

7              THE COURT:  Okay.  Let's stop just a minute while we

8    work that out.

9              (Pause in proceedings).

10             THE COURT:  Are you okay on the equipment?

11             THE INTERPRETER:  The bailiff is getting another

12   headset.

13             COURT SECURITY OFFICER:  We have to get another one.

14             (Pause in Proceedings)

15             THE INTERPRETER:  We're good to go, Your Honor.

16             THE COURT:  Okay.  Is everybody okay on the

17   interpreting?

18             Okay.  You may proceed, Mr. Perez (sic).

19             MR. DE LA GARZA:  Mr. De La Garza, Your Honor.

20   Briefly, I'll just address the Court on the issue of

21   constructive possession.  It's our position, Your Honor, that

22   there were two additional elements on constructive possession,

23   Your Honor, that haven't been taken into consideration.

24   Number one --

25             THE COURT:  Intent and knowledge, I believe you

1   said.

2        *MR. DE LA GARZA:*  That's correct, Your Honor.

3   That's all we have, and we don't believe that's here, Your

4   Honor.

5        *THE COURT:*  Okay.  Well, I find from a preponderance

6   of the evidence that your defendant did have constructive

7   possession of the firearm, if not actual possession; that you

8   can reasonably infer from his access and degree of control

9   over the apartment where the firearm was located that he did

10  have knowledge and control of the firearm, perhaps jointly

11  along with the others, so I'll overrule your objection.

12        *MR. DE LA GARZA:*  Okay.

13        *THE COURT:*  Okay.  Mr. -- let's see who was next.

14  Okay.  Mr. Perez.  I think I misspoke a minute ago and called

15  Mr. De La Garza Mr. Perez.

16        But Mr. Perez, do you have anything you want to say?

17        *MR. PEREZ:*  I do, Your Honor.  Shall I address both

18  issues?

19        *THE COURT:*  Yes.

20        *MR. PEREZ:*  Okay.  Regarding the constructive

21  possession of the firearm, I think we can concede that there

22  was constructive possession.  In fact, that's why we withdrew

23  our first objection.  I think what's important to note is that

24  a person who constructively possesses a firearm is ineligible

25  for a safety valve, but a defendant or person who is unaware

1    of the firearm cannot constructively possess it, and the

2    testimony of the investigator was that really no one knew.

3          There's no statement made by my client or any of the

4    co-defendants that my client knew.  There were no fingerprints

5    on the gun.  The gun was not in his name.  I don't know

6    if -- there is no evidence of him having searched anything and

7    the gun was not in his name.  And again, I do adopt the other

8    arguments made by Mr. De La Garza.

9          Now, regarding the issue of truthfulness, initially

10   the -- my client was not said to be truthful because he

11   was -- he had provided information.  I believe there were some

12   inconsistencies in what he provided.  He was called on that by

13   the investigator, and then my client did what he has a

14   Constitutional right to do, he asked for an attorney.

15         After that, Your Honor, we did debrief on

16   June 23rd and it's -- any past lies or omissions don't

17   disqualify a defendant who ultimately tells the truth before

18   sentencing.

19         I talked to the investigator and I also spoke with

20   Mr. Burgess, and Mr. Burgess would confirm this, and I wrote

21   down exactly what their --

22         *THE COURT:*  Well, I heard what the witness said and

23   the witness said your client didn't make what he thought would

24   be a full disclosure of information he had.

25         *MR. PEREZ:*  Well, let me say --

1          *THE COURT:*  And I find that.  Now, if you have

2     something else you want to say, that's fine, but I find that

3     he didn't make a full disclosure of information that he had.

4          *MR. PEREZ:*  I do, Your Honor, want to say something

5     else, and you can resolve whether he -- which is -- which is

6     correct.  And this is something he talked to Mr. Burgess about

7     and they both, in my presence, admitted to, and that was that

8     my client admitted to the manufacture and sale of

9     methamphetamine --

10         *THE COURT:*  Well, the witness is providing the

11    information I'm relying on.  Mr. Burgess hadn't testified.

12         *MR. PEREZ:*  Well, the first questions I asked this

13    witness were exactly what my statements are.

14         *THE COURT:*  Mr. Perez, we've heard the witness'

15    testimony.  We can't -- you can't change that, and his

16    testimony is that your client didn't make the kind of

17    disclosure that your client should have made.

18         And the Government has not informed the Court that

19    your client has made a full disclosure, the kind of disclosure

20    that would authorize him to get a two level -- to get the

21    safety valve.

22         *MR. PEREZ:*  Well, with all due respect --

23         *THE COURT:*  Do you have anything else you want to

24    say?  Let's don't keep going over that same subject.

25         *MR. PEREZ:*  Well, I don't mean to belabor the point.

1          THE COURT:  Well, let's don't.

2          MR. PEREZ:  Then Mr. Burgess will confirm what

3   Mr. Brantley testified to in the first few questions that I

4   asked him regarding my client's role and his honesty and that

5   he was honest regarding his offense conduct.

6          THE COURT:  Okay.  Okay.  I find -- I overrule your

7   client's objection to not receiving the safety valve for two

8   reasons:  The Government has not informed the Court that your

9   client has provided a level of cooperation and information

10   that would cause the Government to provide the Court with that

11   information.

12          Plus I also find that there is a reasonable

13   inference that can be drawn from the evidence that your client

14   had actual knowledge and control over the firearm that was

15   found in the apartment.  At the very least, it establishes

16   that he had constructive knowledge.  He had ready access to

17   the apartment and had the constructive possession that goes

18   along with having that access.

19          In addition to the fact that it reasonably can be

20   inferred from the fact that the scales were in there, that

21   those that were involved in the distribution of the drugs from

22   that apartment would have knowledge of the firearm because of

23   their close proximity to the scales in the drawer, and

24   presumably the scales were used for drug distribution

25   purposes, the purposes for which those people were using the

1   apartment, so I'll overrule your objection.

2          *MR. BURGESS:*  Your Honor, may I be briefly heard?

3          *THE COURT:*  Yes.

4          *MR. BURGESS:*  Since my name has been brought up

5   here.  The position of the Government has been, as far as

6   safety valve on this defendant, as the Court has noted, that

7   because of the firearm, the defendant doesn't qualify for

8   safety valve.

9          I do want to clarify though that early in our

10  discussions between myself and Mr. Brantley, I asked his

11  position on whether or not the defendant had been fully

12  truthful and the answer, as he testified today, was, no, I

13  don't think that he's given everything out there.

14          But I do want to be clear, as I think Mr. Perez was

15  trying -- was attempting to make the point with the witness,

16  that as it referred to the questions that were asked of him

17  about the very finite area of this conspiracy, we do believe

18  he was truthful, but the question is whether or not he was

19  truthful when asked about, for example, the source of supply

20  and those sorts of things.

21          I think the Court's ruling -- I'm not objecting to

22  the Court's ruling.  I think that he doesn't qualify for

23  safety valve, but I did want to state the Government's

24  position on that.

25          *THE COURT:*  I think Mr. Perez adequately developed

1    what you just said through the witness.

2            *MR. BURGESS:*  Thank you, Your Honor.

3            *THE COURT:*  I understood what you just related.

4    Okay.  You can be seated, Mr. Perez.

5            *MR. PEREZ:*  All right.

6            *THE COURT:*  Now, as far as defendants Horta and

7    Nunez are concerned, I think it's a close enough question as

8    to their use of the apartment and their connection with the

9    apartment that I'm inclined to give them the benefit of the

10   doubt, though I think the probation officer was perfectly

11   legitimate in doing what the probation officer did.

12           I'm inclined to give them the benefit of the doubt

13   that perhaps their connection with the apartment was such that

14   they would not have had sufficient knowledge of the presence

15   of the firearm to be held accountable for it for safety valve

16   purposes, unless the Government has some other statement it

17   wishes to make on that.

18           *MR. BURGESS:*  I don't, Your Honor.  On Nunez,

19   however, it's also that the Government would agree with the

20   defense counsel that his denial of knowledge of the gun would

21   not result in his withdrawal of acceptance.  And so right now

22   the recommendation of probation is that he also not only

23   receive -- not get safety valve, but that he also not get

24   acceptance.

25           *THE COURT:*  I think that necessarily follows from

1    what I've said.

2              *MR. BURGESS:*  Thank you, Your Honor.

3              *THE COURT:*  Okay.  Okay.  So I'm sustaining the

4    objections of Horta and Nunez to the extent that I've

5    indicated, and so we'll need some recalculation as to those

6    two defendants.

7              Was there anything else you wanted to say,

8    Mr. -- let me get my lawyers -- Mr. O'Shea?

9              *MR. O'SHEA:*  No, Your Honor.

10             *THE COURT:*  Or Mr. Durden?

11             *MR. DURDEN:*  No, Your Honor.

12             *THE COURT:*  Okay.  Okay.  Let me call -- while we're

13   doing some recalculating there, have I dealt with everybody?

14             You can step down.

15             *MR. BURGESS:*  Your Honor, we still had the 5K issue.

16             *THE COURT:*  Oh, yeah, that's right.  Why don't we

17   deal with the other defendants and come back to that.

18             *MR. BURGESS:*  Yes, Your Honor.

19             *THE COURT:*  I'll put her last.

20             *MR. BURGESS:*  Do you want the witness to step down?

21             *THE COURT:*  You can step down.

22             Okay.  Let me call the defendants back one by one.

23             *MR. DANIELSON:*  Your Honor, would you like

24   Ms. Rosales to go back to the jury box?

25             *THE COURT:*  Probably be a good idea.

1           (Proceedings continue for defendant Orozco-Lopez

2           only, as follows:)

3       THE COURT:  Okay.  I'll call back now defendant Jose

4   Julian Orozco-Lopez and his attorney Mr. Perez.

5           Okay.  There being no further objections to the

6   presentence report in the case of defendant Jose Julian

7   Orozco-Perez (sic), the Court adopts as the fact findings of

8   the Court the facts set forth in the presentence report as

9   modified or supplemented by the addendum, and any facts I've

10  found from the bench, and the Court adopts as the conclusions

11  of the Court the conclusions expressed in the presentence

12  report as modified or supplemented by the addendum and any

13  conclusions I've expressed from the bench.

14          The Court concludes that the total offense level is

15  41, that the criminal history category is I, that the

16  imprisonment range is 324 to 405 months, that the supervised

17  release range is four to five years, that the fine range is

18  25,000 to $2 million, and that a special assessment of $100 is

19  mandatory.

20          You can make whatever statement you would like to

21  make on behalf of your client.

22      MR. PEREZ:  Thank you.  Your Honor, this is

23  regarding our motion for a variance and I wanted to say a few

24  things in my client's behalf.

25      THE COURT:  I failed to mention, I am denying your

1    motion for variance, but go ahead.

2           MR. PEREZ:  Well, then my final arguments would be

3    regarding, the Court could take into consideration my client's

4    age.  He's 23 years old.  He has been a part of a family and

5    has been a real active part of a family.  As you know, his

6    wife is on this conspiracy, but his mother-in-law, his

7    sister-in-law, a preacher are here to stand here in his

8    behalf.

9           Now, when my client got into this business, his

10   father was into it first.  And I think it's important to bring

11   out, Your Honor, that my client doesn't blame his father.  He

12   takes full responsibility for what he's done, but that kind of

13   parental pressure can have an effect on a young man of 23.

14   His father, in fact, is doing federal time down in Corpus

15   Christi, so that will tell you what kind of nefarious

16   activities he was involved in.

17          Now, the question I have to ask, Your Honor, is what

18   is reasonable?  Now, the bottom of the guidelines is about 27

19   years.  At 27 years, what can we expect of him when he gets

20   out?  He'll be about my age, about 53 years old.  And I'm

21   wondering, had it been me or it be me, if I get out 53 years

22   old, I don't know what I can do.  And the big difference, Your

23   Honor, is I have opportunity because I live here.  My client

24   is going to be deported.

25          And what I would like the Court to take into

consideration, Your Honor, is what kind of life, what kind of opportunity he's going to have.  If he goes back to Mexico, there is not going to be much opportunity.  And if we look at the amount of time that could be proposed, it's not going to be much of a deterrence.  I mean, these people in Mexico are mean.  They kill people.  They don't care.  They act like there's no tomorrow, so there's not really going to be any kind of deterrent.

         My suggestion is, Your Honor, is that if you take a reasonable amount of time off, he at least has the opportunity to have a life in Mexico.  For example, rather than 27 years, if it were 20 years, 20 years is long enough in prison to think about, to think about what he did wrong, to start working on a skill, some kind of trade, so when he gets out, he can try to hit the ground running, have his own business, and do something in Mexico.

         So I would like the Court to take that into consideration, and I appreciate your time.

         THE COURT:  Incidentally, I didn't mean to cut you off on the variance.  Did you have some evidence you wanted to offer on that subject beyond what I've already heard?

         MR. PEREZ:  No, Your Honor.

         THE COURT:  Okay.  Mr. Orozco-Lopez, you have the right to make any statement or presentation you would like to make on the subject of mitigation, that is, the things you

1    think the Court should take into account in determining what

2    tense to impose, or on the subject of sentencing more

3    generally, and at this time I'll invite you to do that.

4            *DEFENDANT OROZCO-LOPEZ:*  First of all, I would just

5    ask Your Honor that you forgive me.  I was going along working

6    well, but unfortunately I got involved with persons, people I

7    should not have gotten involved with.

8            The thing is, I really never had the right type of

9    education from my father.  I know I did wrong in disobeying

10   the laws of this country.  And that's why I would ask if you

11   could, if you give me a reduced sentence so I would be able to

12   get out not too old and be able to set an example for

13   others -- still set an example for others, so they know they

14   are not supposed to disobey the laws of this country.

15           And I would just hope that I would be able to do

16   that and see my mother again.

17           *THE COURT:*  Okay.  Thank you.

18           *MR. PEREZ:*  Thank you, Your Honor.  Appreciate it.

19           *THE COURT:*  Well, I've combined the sentencing

20   hearing so everybody, all of the defendants and their

21   attorneys have heard what I said when I sentenced Gomez

22   concerning my thoughts on the fact that these sentences are

23   lengthy sentences, but I think they are appropriate sentences

24   considering the nature of the conduct the parties have been

25   involved in, and the deterrence effect the sentences might

1    have on causing others to give second thought before engaging

2    in that conduct.

3           So I'll adopt what I've said at the sentencing of

4    Gomez that would be applicable here.  My intent is to impose a

5    sentence at the bottom of the advisory guideline range of 324

6    months, combined with a term of supervised release of four

7    years to commence when the defendant gets out of prison, plus

8    payment of a special assessment of $100.

9           In my view, that sentence -- such a sentence will

10   adequately and appropriately address all of the factors the

11   Court should consider under 18 United States Code Section

12   3553(a) and is a reasonable sentence that would accomplish the

13   Court's objectives of punishment, deterrence, and protection

14   of the public.

15          So the Court is ordering and adjudging that the

16   defendant be committed to the custody of the Bureau of Prisons

17   to serve a term of imprisonment of 324 months.  I'm further

18   ordering that the defendant serve a term of supervised release

19   of four years to start when he gets out of prison.

20          The conditions of that supervised release will be

21   the standard conditions that will be set forth in the judgment

22   of conviction and sentence.

23          Plus, pursuant to 18 United States Code Section

24   3583(d), as one of the conditions of supervised release, once

25   the defendant completes his sentence of imprisonment, he shall

 1   be surrendered by the Bureau of Prisons to a duly authorized

 2   immigration official for deportation in accordance with the

 3   established procedures provided by the Immigration and

 4   Nationality Act.  As a further condition of supervised

 5   release, if the defendant is ordered deported, he shall remain

 6   outside the United States.

 7         Now, in the event the defendant is not deported

 8   immediately upon release from imprisonment, or should he ever

 9   be within the United States during any portion of his term of

10   supervised release, he'll comply with the standard conditions

11   that have previously been mentioned and the following

12   additional conditions:

13         He shall not possess illegal controlled substances.

14         He shall not commit another federal, state, or local

15   crime.

16         He shall cooperate in the collection of DNA as

17   directed by the probation officer.

18         He shall refrain from any unlawful use of a

19   controlled substance and shall submit to one drug test within

20   15 days of release from imprisonment and at least two periodic

21   drug tests thereafter as directed by the probation officer.

22         I'm also ordering the defendant pay a special

23   assessment of $100.  That's payable immediately to the United

24   States of America through the office of the United States

25   Clerk.

1          Mr. Orozco-Lopez, you have the right to appeal from

2     the sentence I've imposed if you are dissatisfied with it.

3     That appeal would be to the United States Court of Appeals for

4     the Fifth Circuit.  You have the right to appeal in forma

5     pauperis, that means without any cost to you if you qualify

6     for it.  You have the right to have the clerk of the court

7     file a notice of appeal for you and the clerk will do that

8     forthwith if you were to specifically request it.

9          You and your attorney have been given a form that

10    outlines certain rights and obligations in reference to an

11    appeal.  If you haven't already done so, I want the two of you

12    to review it.  Once both of you have and you're satisfied you

13    understand it, I want both of you to sign it and return it to

14    the court coordinator.

15         Has that been done, Mr. Perez?

16         *MR. PEREZ:*  Yes, Your Honor.

17         *THE COURT:*  Okay.  The defendant is remanded to

18    custody and the attorneys are excused.

19         Okay.  We're going to take a 15-minute recess and

20    we'll resume with the sentencings.

21         *COURT SECURITY OFFICER:*  All rise.

22         *(Recess).*

23         *(End of Proceedings).*

24

25

1                        **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3     foregoing is a true and correct transcript from the record

4     of proceedings in the foregoing entitled matter.

5          I further certify that the transcript fees format

6     comply with those prescribed by the Court and the Judicial

7     Conference of the United States.

8          Signed this 10th day of October, 2010.

9

10                              /s/ Debra G. Saenz

11                              DEBRA G. SAENZ, CSR, RMR, CRR
                                Texas CSR No. 3158
12                              Official Court Reporter
                                The Northern District of Texas
13                              Fort Worth Division

14

15    CSR Expires:        12/31/11

16    Business Address:   501 W. 10th Street, Room 424
                          Fort Worth, Texas  76102
17

18    Telephone:          817.850.6661

19    E-Mail Address:     debbie.saenz@yahoo.com

20

21

22

23

24

25

**$**

$100 [3]  39/18 43/8 44/23
$2 [1]  39/18
$2 million [1]  39/18

**/**

/s [1]  46/10

**0**

01 [3]  1/7 1/19 2/12
02 [1]  1/7 1/22
04 [3]  1/8 2/1 2/12
05 [2]  1/8 2/5
06 [3]  1/9 2/8 2/12
07 [1]  3/3

**1**

100 percent [1]  22/10
1000 [1]  1/19
1015 [1]  1/9
106 [1]  1/23
10th [3]  2/14 46/8 46/16
11 [2]  3/4 46/15
12/31/11 [1]  46/15
13 [2]  1/6 4/2
130 [1]  2/2
15 [1]  44/20
15-minute [1]  45/19
15th [1]  3/5
17 [1]  3/5
1700 [1]  1/9
18 [2]  43/11 43/23

**2**

20 [2]  41/12 41/12
20 kilos [1]  21/17
2010 [6]  1/6 4/2 5/7 6/16 22/25 46/8
214.537.1475 [1]  2/10
214.740.1708 [1]  2/6
214.752.0505 [1]  1/20
22 [1]  3/5
23 [2]  40/4 40/13
23rd [2]  22/25 33/16
24 [1]  3/6
25,000 [1]  39/18
26 [1]  3/6
27 [3]  40/18 40/19 41/11

**3**

30 [1]  3/8
3158 [1]  46/11
32 [2]  3/8 3/10
324 [3]  39/16 43/5 43/17
330 [1]  2/9
35 [1]  3/10
3553 [1]  43/12
3583 [1]  43/24
37 [1]  3/12
39 [2]  3/14 3/15

**4**

400 [1]  1/19
405 [1]  39/16
41 [1]  39/15
42 [4]  3/16 3/17 3/18 3/18
424 [2]  2/14 46/16
46 [1]  3/21
47 [1]  3/22
4:10-CR-050-A [2]  1/4 4/4

**5**

501 [2]  2/14 46/16

53 [2]  40/20 40/21
5646 [1]  2/9
5750 [1]  2/2
5K [2]  30/6 38/15

**6**

601 [1]  1/23
6882 [1]  1/17

**7**

75074 [1]  2/6
75201 [1]  2/9
75206 [1]  2/9
76063 [1]  1/23
76102 [2]  2/15 46/16
76102-6882 [1]  1/17
76180 [1]  2/2

**8**

801 [1]  1/16
817.252.5200 [1]  1/17
817.581.9900 [1]  2/3
817.845.3790 [1]  1/24
817.850.6661 [2]  2/15 46/18

**9**

9:00 [2]  1/9 4/2

**A**

a -- not [1]  15/19
a.m [2]  1/9 4/2
abandoned [1]  8/15
able [4]  9/5 42/11 42/12 42/15
about [29]  7/10 10/12 13/14 19/8 19/13
20/5 20/19 21/8 21/13 23/5 23/6 23/9
23/12 23/13 23/20 24/23 25/1 25/5
26/11 28/21 28/25 34/6 36/17 36/19
40/18 40/20 40/20 41/13 41/13
acceptance [6]  9/22 9/24 10/4 10/24
37/21 37/24
access [7]  14/15 14/20 15/6 20/3 32/8
35/16 35/18
accomplish [1]  43/12
accomplished [1]  9/11
accordance [1]  44/2
account [1]  42/1
accountable [1]  37/15
acknowledge [2]  10/2 13/7
act [2]  41/6 44/4
active [1]  40/5
activities [1]  40/16
actual [5]  8/19 20/1 20/2 32/7 35/14
actually [6]  10/3 10/12 13/19 14/1 21/4
21/16
actually -- whether [1]  21/16
addendum [5]  6/23 7/8 10/19 39/9
39/12
addition [3]  19/7 20/23 35/19
additional [3]  30/20 31/22 44/12
address [11]  7/15 7/17 7/23 7/25 19/10
19/21 31/20 32/17 43/10 46/16 46/19
addressed [1]  19/20
adequately [2]  36/25 43/10
adjudging [1]  43/15
admit [1]  20/24
admitted [4]  20/20 20/21 34/7 34/8
adopt [2]  33/7 43/3
adopts [2]  39/7 39/10
advice [2]  10/5 10/10
advised [2]  10/9 21/10
advisory [1]  43/5
affiliated [2]  22/16 22/16
after [4]  10/14 10/18 10/19 33/15

again [6]  15/15 21/21 28/21 28/23 33/7
42/16
age [2]  40/4 40/20
agent [3]  4/13 24/14 25/10
agents [1]  29/23
ago [1]  32/14
agree [1]  37/19
ahead [7]  8/23 11/4 11/8 13/25 22/22
23/18 40/1
all [26]  3/4 4/13 6/1 6/5 8/11 8/11 8/17
9/5 9/14 10/13 13/10 14/15 16/8 16/21
18/3 18/8 25/4 29/9 30/25 32/3 34/22
37/5 42/4 42/20 43/10 45/21
allow [1]  16/20
along [4]  27/15 32/11 35/18 42/5
already [3]  28/25 41/21 45/11
also [12]  7/17 19/22 20/19 21/15 25/13
25/18 33/19 35/12 37/19 37/22 37/23
44/22
also that the [1]  37/16
although [1]  7/16
am [2]  11/17 39/25
AMERICA [2]  1/4 44/24
American [1]  22/12
amount [7]  18/25 25/14 25/20 25/21
26/17 41/4 41/10
amounts [2]  18/15 18/16
and -- y'all [1]  8/23
And do [1]  5/3
and/or [2]  29/17
another [7]  20/6 21/3 25/10 25/20 31/11
31/13 44/14
answer [2]  29/1 36/12
answered [2]  28/20 28/25
answers [1]  21/12
any [44]  7/11 9/9 9/15 9/23 10/20 11/5
13/6 13/17 15/9 15/9 17/12 17/16 17/22
17/25 18/17 18/20 19/5 22/5 24/10
24/14 24/17 24/20 24/23 25/1 25/23
26/4 27/10 29/9 29/10 29/13 29/19
29/22 30/3 30/11 31/2 33/3 33/16 39/9
39/12 41/7 41/24 44/9 44/18 45/5
any -- okay [1]  29/9
anybody [1]  18/24
anything [7]  10/7 13/2 30/12 32/16 33/6
34/23 38/7
apartment [29]  13/18 14/1 14/12 14/16
14/25 15/7 15/10 16/12 17/7 18/18 25/20
25/25 26/13 26/16 26/18 26/20 26/23
27/23 27/25 28/8 29/14 32/9 35/15
35/17 35/22 36/1 37/8 37/9 37/13
apparently [2]  4/12 5/19
appeal [5]  45/1 45/3 45/4 45/7 45/11
Appeals [1]  45/3
appeared [2]  5/6 6/16
appears [1]  11/2
applicable [2]  8/11 43/4
appreciate [2]  41/18 42/18
appropriate [1]  42/23
appropriately [1]  43/10
are [24]  5/9 5/19 7/10 8/11 8/17 8/21
9/7 9/14 10/15 10/25 11/16 14/22 19/17
28/22 31/10 34/13 37/7 40/7 41/5 42/14
42/22 42/23 45/2 45/18
area [1]  36/17
argue [1]  20/5
Argument [2]  3/8 3/10
arguments [2]  33/8 40/2
arrest [1]  27/8
as [61]
ask [13]  11/5 13/12 19/9 20/6 20/17
21/11 21/13 25/5 28/21 30/4 40/17 42/5
42/10

## A

asked [9] 13/14 23/20 27/4 33/11 34/12
35/4 36/10 36/16 36/19
asking [3] 18/5 19/7 23/4
aspect [1] 7/21
assessment [3] 39/18 43/8 44/23
association [2] 22/15
attempting [1] 36/15
attorney [4] 6/17 33/14 39/4 45/9
attorneys [3] 8/12 42/21 45/18
AUGUST [1] 1/6 4/2 22/25
August -- I'm [1] 22/25
authorize [2] 20/11 34/20
authorized [1] 44/1
available [1] 17/12

## B

back [10] 8/1 8/3 8/4 30/8 30/11 38/17
38/22 38/24 39/3 41/2
bad [1] 27/4
bailiff [1] 31/11
barely [1] 16/15
barrier [2] 25/11 27/13
based [7] 6/20 8/16 8/18 10/5 17/21
22/1 30/25
be [62]
because [9] 7/17 10/1 18/15 25/10
27/13 33/10 35/22 36/7 40/23
bedroom [3] 13/1 13/16 13/18
been [19] 4/20 11/11 11/19 14/12 16/3
16/4 29/22 31/2 31/23 36/4 36/5 36/11
40/4 40/5 40/21 42/24 44/11 45/9 45/15
before [11] 1/12 5/6 6/16 8/15 9/9 9/23
10/15 16/22 30/8 33/17 43/1
beforehand [1] 5/23
begin [1] 5/22
behalf [3] 39/21 39/24 40/8
being [12] 9/4 9/10 12/3 12/4 12/5 12/7
15/15 15/18 21/24 22/18 27/14 39/5
being -- how [1] 12/3
belabor [1] 34/25
believe [21] 5/11 10/12 13/4 14/2 14/21
14/22 15/25 16/3 17/3 18/11 18/19
18/23 21/10 21/11 24/1 24/4 26/1 31/25
32/3 33/11 36/17
bench [2] 39/10 39/13
benefit [2] 37/9 37/12
best [2] 18/21 22/14
between [1] 36/10
beyond [1] 41/21
big [2] 18/16 40/22
biggest [1] 23/8
bit [2] 15/12 23/7
blame [1] 40/11
blanks [1] 21/14
boil [1] 16/16
both [7] 8/22 15/6 21/9 32/17 34/7
45/12 45/13
bottom [2] 40/18 43/5
box [1] 38/24
boyfriend [1] 14/23
boyfriend/girlfriend [1] 14/23
BRANTLEY [12] 3/4 4/14 9/3 11/5 11/10
11/15 17/21 20/19 24/14 26/11 35/3
36/10
BRIAN [2] 2/8 2/8
briefly [3] 17/17 31/20 36/2
bring [2] 16/16 40/10
brought [3] 11/20 21/16 36/4
bullets [1] 18/10
Bureau [2] 43/16 44/1
BURGESS [11] 1/15 3/4 4/10 11/13

20/18 27/15 33/20 33/20 34/6 34/11
35/2
business [3] 40/9 41/15 46/16
but -- and [1] 15/15

## C

call [6] 4/3 8/6 9/2 38/12 38/22 39/3
called [2] 32/14 33/12
can [34] 5/10 5/11 5/12 5/14 6/4 6/4 6/5
6/5 8/5 8/23 9/16 11/6 18/4 19/22 20/3
20/15 20/19 23/23 28/16 28/16 28/21
32/8 32/21 34/5 35/13 35/19 37/4 38/14
38/21 39/20 40/13 40/19 40/22 41/15
can't [2] 34/15 34/15
can't -- you [1] 34/15
cannot [2] 17/4 33/1
care [3] 14/2 18/1 41/6
cartel [2] 22/6 22/13
case [15] 1/4 3/13 3/19 3/19 4/4 4/13
4/20 6/18 10/11 11/23 21/6 23/6 23/7
29/24 39/6
cases [2] 3/4 4/13
cash [2] 25/14 26/18 28/12
category [2] 39/15
cause [1] 35/10
causing [1] 43/1
certain [1] 45/10
Certificate [2] 3/21 46/1
certify [2] 46/2 46/5
change [1] 34/15
charge [3] 14/13 30/19 30/21
charged [1] 6/17
Cherry [1] 1/16
Christi [3] 21/7 23/2 40/15
Circle [1] 1/23
Circuit [3] 30/18 30/20 45/4
City [1] 11/18
clarify [1] 36/9
clear [1] 35/3
clerk [3] 44/25 45/6 45/7
client [36] 4/16 5/11 6/22 6/25 7/19 8/4
8/5 8/5 8/24 10/24 10/24 17/23 19/24
19/25 20/9 20/21 23/1 23/1 23/10 24/1
30/13 33/3 33/4 33/10 33/13 33/23 34/8
34/16 34/17 34/19 35/9 35/13 39/21
40/9 40/11 40/23
client's [6] 10/1 20/19 35/4 35/7 39/24
40/3
close [1] 35/23 37/7
co [2] 10/22 33/4
co-defendants [2] 10/22 33/4
Cockrell [6] 12/1 25/24 26/12 26/23
27/23 28/1
Code [2] 43/11 43/23
collection [1] 44/16
combined [2] 42/19 43/6
come [5] 8/1 8/3 17/7 30/8 38/17
commence [1] 43/7
commit [1] 44/14
committed [1] 43/16
common [3] 14/23 15/11 28/22
complaint [1] 27/18
completes [1] 43/25
comply [2] 44/10 46/6
computer [1] 2/19
concede [1] 32/21
concerned [1] 37/7
concerning [1] 42/22
concludes [1] 39/14
conclusion [3] 7/9 24/1 24/4
conclusions [3] 39/10 39/11 39/13
condition [1] 44/4
conditions [5] 43/20 43/21 43/24 44/10

44/12
conduct [4] 20/24 35/5 42/24 43/2
conducted [1] 12/21
Conference [1] 46/7
confirm [2] 33/20 35/2
connected [2] 22/5 23/5
connection [3] 13/3 37/8 37/13
consider [2] 7/18 43/11
consideration [5] 19/22 31/23 40/3 41/1
41/18
considering [1] 42/24
conspiracy [8] 6/18 20/22 20/25 23/5
23/5 25/8 36/17 40/6
Constitutional [1] 33/14
constructive [13] 8/20 20/1 27/19 30/17
30/19 30/21 31/21 31/22 32/6 32/20
32/22 35/16 35/17
constructively [2] 32/24 33/1
contact [1] 23/17
containers [1] 16/18
contempt [1] 29/6
contents [4] 29/10 29/11 29/13 29/16
contesting [1] 31/2
continue [2] 8/7 39/1
control [10] 18/1 24/15 24/18 24/21
26/14 29/20 30/24 32/8 32/10 35/14
controlled [3] 6/19 44/13 44/19
convert [1] 16/12
converted [1] 16/6
conviction [2] 6/20 43/22
cook [1] 16/5
cooperate [1] 44/16
cooperation [1] 35/9
coordinator [1] 45/14
Corpus [3] 21/6 23/2 40/14
correct [15] 11/20 12/19 21/25 23/3
26/18 26/19 26/24 27/8 27/20 27/21
28/14 29/18 32/2 34/6 46/3
cost [1] 45/5
could [9] 5/22 19/25 21/10 22/14 23/21
29/1 40/3 41/4 42/11
couldn't [1] 21/23
counsel [1] 37/20
count [1] 6/18
country [2] 42/10 42/14
couple [1] 14/10
course [5] 6/19 12/13 12/20 13/6 29/17
court [33] 1/1 1/12 2/14 3/17 7/23 8/15
10/12 19/22 26/7 28/16 29/6 30/16
31/20 34/18 35/8 35/10 36/6 39/7 39/8
39/10 39/11 39/14 40/3 40/25 41/17
42/1 43/11 43/15 45/3 45/6 45/14 46/6
46/12
Court's [6] 3/8 3/10 3/12 3/14 3/18
36/21 36/22 43/13
courtroom [6] 4/24 8/12 11/19 13/13
17/13 22/12
cover [1] 16/16
CR [2] 1/4 4/4
credible [1] 10/23
crime [1] 44/15
criminal [1] 39/15
Cross [8] 3/5 3/5 3/6 3/6 17/19 22/23
24/12 26/9
Cross-Examination [8] 3/5 3/5 3/6 3/6
17/19 22/23 24/12 26/9
CRR [3] 2/14 46/2 46/11
crystalize [1] 16/19
crystals [1] 12/10
CSR [5] 2/14 46/2 46/11 46/11 46/15
currency [1] 25/21
custody [3] 18/1 43/16 45/18
cut [1] 41/19

**D**

daily [2] 15/13 15/19
Dallas [2] 1/20 2/9
DANIELSON [3] 1/22 1/22 8/23
daughter [1] 14/13
day [1] 46/8
days [1] 44/20
de [10] 2/4 2/5 3/5 3/8 17/15 17/20 30/14 31/19 32/15 33/8
DEA [1] 11/17
deal [5] 8/22 9/16 30/7 30/9 38/17
dealing [1] 5/25
dealt [1] 38/13
debbie.saenz [2] 2/16 46/19
DEBRA [4] 2/14 46/2 46/10 46/11
debrief [3] 23/1 23/12 33/15
debriefed [1] 23/1
debriefing [2] 27/17 29/23
defendant [32] 1/18 1/22 2/1 2/4 2/8 3/16 4/4 5/21 5/23 8/19 13/6 16/21 21/6 24/9 26/12 32/6 32/25 33/17 36/6 36/7 36/11 39/1 39/3 39/6 43/7 43/16 43/18 43/25 44/5 44/7 44/22 45/17
defendant -- all [1] 16/21
defendants [22] 1/9 6/1 8/6 8/7 8/8 8/11 9/5 10/22 11/20 12/14 13/13 13/14 15/23 16/1 16/22 17/12 33/4 37/6 38/6 38/17 38/22 42/20
defense [1] 37/20
degree [1] 32/8
denial [1] 37/20
denied [7] 10/1 10/5 10/20 23/11 23/13 23/15 23/16
denying [2] 10/24 39/25
DEPARTMENT [1] 1/15
deportation [1] 44/2
deported [3] 40/24 44/5 44/7
deputy [1] 4/24
detective [1] 19/7
determined [1] 12/14
determining [1] 42/1
deterrence [3] 41/5 42/25 43/13
deterrent [1] 41/8
developed [1] 36/25
did [43] 6/22 6/24 7/3 7/22 13/6 14/19 15/22 16/1 17/2 17/4 17/6 17/11 18/10 18/11 19/8 19/21 19/24 20/1 20/7 20/18 21/2 21/9 21/21 23/1 23/6 23/10 25/7 25/10 25/16 25/18 25/23 27/12 27/22 30/3 32/6 32/9 33/13 33/15 36/23 37/11 41/13 41/20 42/9
didn't [5] 21/13 33/23 34/3 34/16 41/19
difference [1] 40/22
difficulties [1] 31/5
digital [4] 13/4 18/15 28/4 28/7
direct [3] 3/4 11/12 22/16
directed [2] 44/17 44/21
direction [3] 26/2 26/13 29/8
directly [2] 19/21 28/17
disclose [1] 21/2
disclosure [6] 20/9 33/24 34/3 34/17 34/19 34/19
discovered [2] 25/15
discuss [2] 7/3 10/7
discussed [1] 10/11
discussion [1] 11/1
discussions [1] 36/10
Dismiss [1] 3/18
DISMISSAL [1] 3/19
disobey [1] 42/14
disobeying [1] 42/9
disqualify [1] 33/17
dissatisfied [1] 45/2
distribute [4] 6/19 12/5 15/16 15/20
distributed [2] 22/19 22/19
distribution [3] 12/18 35/21 35/24
DISTRICT [5] 1/1 1/2 1/12 1/16 46/12
DIVISION [2] 1/3 46/13
DNA [1] 44/16
do [58]
does [4] 4/16 4/18 24/9 26/4
doesn't [4] 7/23 36/7 36/22 40/11
doing [3] 37/11 38/13 40/14
dominion [4] 24/15 24/18 24/21 29/20
don't [31] 4/9 8/1 8/4 8/10 8/13 8/22 9/5 9/21 15/25 18/19 18/19 21/9 27/6 28/10 28/19 28/21 28/23 29/12 30/8 30/9 32/3 33/5 33/16 34/24 34/25 35/1 36/13 37/18 38/16 40/22 41/6
done [4] 3/19 40/12 45/11 45/15
doubt [2] 37/10 37/12
down [6] 18/5 33/21 38/14 38/20 38/21 40/14
drawer [11] 13/5 18/7 19/2 26/23 27/5 28/4 29/10 29/11 29/14 29/16 35/23
drawn [2] 19/25 35/13
dresser [1] 26/23
dried [1] 16/18
Drive [1] 2/2
drug [8] 13/3 14/4 14/6 22/6 22/13 35/24 44/19 44/21
drugs [4] 22/2 22/18 22/19 35/21
dry [2] 16/18 16/20
due [1] 34/22
duly [2] 11/11 44/1
DURDEN [10] 2/1 2/1 3/6 9/23 9/24 10/20 26/10 28/24 29/5 38/10
during [4] 3/19 12/20 23/12 44/9

**E**

E-Mail [2] 2/16 46/19
each [8] 5/21 7/4 12/14 13/13 13/14 17/1 17/4 21/19
earlier [1] 19/20 23/24
early [1] 36/9
education [1] 41/9
effect [4] 15/18 22/12 40/13 42/25
effectively [1] 9/10
effects [1] 6/1
either [5] 10/21 12/9 13/7 21/21 21/24
elements [2] 30/20 31/22
else [9] 8/17 15/4 28/24 29/2 30/12 34/2 34/5 34/23 38/7
employed [1] 11/16
end [2] 10/18 45/23
engaging [1] 43/1
English [1] 19/6
enough [3] 19/24 37/7 41/12
entitled [1] 46/4
equipment [4] 5/9 5/10 31/5 31/10
established [1] 44/3
establishes [1] 35/15
event [1] 44/7
ever [2] 23/16 44/8
every [3] 16/21 28/21 28/25
everybody [4] 8/17 31/16 38/13 42/20
everybody's [1] 8/15
everyone's [1] 20/22
everything [1] 36/13
evidence [17] 24/14 24/17 24/20 24/23 25/1 27/10 29/11 29/13 29/19 29/22 30/23 31/1 31/2 32/6 33/6 35/13 41/20
exactly [2] 33/21 34/13
Examination [10] 3/4 3/5 3/5 3/6 3/6 11/12 17/19 22/23 24/12 26/9
example [6] 15/13 18/25 36/19 41/11 42/12 42/13
except [1] 8/17
Excuse [1] 31/4
excused [1] 45/18
exercise [1] 18/1
exercised [1] 29/20
existence [3] 10/2 10/20 17/23
expect [1] 40/19
expected [1] 29/11
Expires [1] 46/15
expressed [2] 39/11 39/13
expressing [1] 7/9
extension [1] 22/12
extent [1] 38/4

**F**

fact [6] 32/22 35/19 35/20 39/7 40/14 42/22
factors [2] 7/14 43/10
facts [2] 39/8 39/9
factual [1] 10/8
failed [1] 39/25
fair [2] 19/25 27/1
Familia [4] 22/7 22/9 22/13 22/20
family [3] 14/3 40/4 40/5
far [7] 15/25 27/16 27/18 27/18 29/9 36/5 37/6
father [8] 13/19 13/21 14/9 15/21 40/10 40/11 40/14 42/9
federal [2] 40/14 44/14
feel [3] 7/22 7/24 20/20
fees [1] 46/5
felt [1] 21/1
few [3] 19/6 35/3 39/23
Fifth [3] 30/18 30/20 45/4
FIGUEROA [4] 1/9 2/8 3/12 3/19
figured [1] 5/18
file [1] 45/7
filed [1] 10/12
fill [1] 21/14
final [1] 40/2
find [8] 4/7 19/12 23/10 32/5 34/1 34/2 35/6 35/12
find -- I [1] 35/6
findings [2] 3/14 39/7
fine [3] 20/6 34/2 39/17
fingerprints [1] 33/4
fingers [1] 21/19
finite [1] 36/17
firearm [28] 7/17 7/23 8/20 10/21 12/23 13/2 13/8 13/11 13/14 17/23 18/1 18/8 18/8 19/21 20/2 26/22 30/24 30/25 32/7 32/9 32/10 32/21 32/24 33/1 35/14 35/22 36/7 37/15
firearms [2] 19/8 26/20
Firm [2] 2/1 2/5
first [8] 7/12 11/11 18/8 32/23 34/12 35/3 40/10 42/4
five [7] 3/4 7/14 8/8 11/20 16/21 19/16 39/17
following [1] 44/11
follows [4] 8/9 11/11 37/25 39/2
force [4] 4/14 9/2 11/17 20/15
foregoing [2] 46/3 46/4
forgive [1] 42/5
forgotten [1] 6/11
form [3] 12/10 21/23 45/9
forma [1] 45/4
format [1] 46/5
FORT [6] 1/3 1/5 1/17 2/15 46/13 46/16
forth [2] 39/8 43/21
forthwith [1] 45/8

## F

forward [2] 8/6 11/20
found [10] 12/23 12/25 13/1 13/4 18/18 18/20 18/22 28/8 35/15 39/10
four [3] 39/17 43/6 43/19
free [1] 15/6
frequently [2] 15/10 17/2
front [1] 19/18
full [7] 4/25 20/9 27/7 33/24 34/3 34/19 40/12
fully [2] 21/2 36/11
further [10] 9/9 9/23 10/11 10/16 24/7 30/3 39/5 43/17 44/4 46/5

## G

games [1] 27/6
GARZA [10] 2/4 2/5 3/5 3/8 17/15 17/20 30/14 31/19 32/15 33/8
gave [2] 10/13 21/10
generally [1] 42/3
get [12] 17/6 17/7 23/8 23/25 31/13 34/20 34/20 37/23 37/23 38/8 40/21 42/12
gets [4] 40/19 41/14 43/7 43/19
getting [1] 31/11
Gilberto [1] 22/3
girlfriend [1] 14/23
give [6] 7/18 23/21 37/9 37/12 42/11 43/1
given [3] 30/13 36/13 45/9
go [19] 5/3 8/23 9/9 9/23 10/16 11/4 11/8 13/25 17/7 19/1 22/22 23/18 27/6 28/23 29/1 30/1 31/15 38/24 40/1
goes [2] 35/17 41/2
going [12] 5/21 8/3 19/23 20/5 34/24 40/24 41/2 41/3 41/4 41/7 42/5 45/19
GOMEZ [18] 1/8 2/5 14/18 14/19 14/21 16/7 17/3 17/6 17/23 21/8 25/12 25/13 25/19 26/2 26/14 30/11 42/21 43/4
Gomez' [1] 22/4
gone [1] 16/3
GONZALEZ [3] 2/12 4/19 5/18
good [2] 31/15 38/25
got [4] 5/7 21/18 40/9 42/6
gotten [1] 42/7
Government [15] 1/5 1/15 4/10 4/12 20/8 20/12 20/16 21/1 27/17 34/18 35/8 35/10 36/5 37/16 37/19
Government's [2] 3/18 36/23
Grand [1] 15/2
ground [1] 41/15
grounds [1] 8/19
group [1] 22/11
guideline [1] 43/5
guidelines [1] 40/18
guilty [1] 6/17
gun [15] 8/14 8/14 8/16 9/21 10/2 24/15 24/24 27/20 30/5 30/7 30/9 33/5 33/5 33/7 37/20

## H

had [33] 13/20 14/2 14/12 14/15 14/21 15/1 15/6 16/3 16/4 16/8 17/9 19/1 19/1 20/2 20/9 24/15 24/17 24/20 29/4 30/23 30/24 33/11 33/24 34/5 35/14 35/16 35/16 35/17 36/11 37/14 38/15 40/21 42/8
hadn't [1] 34/11
hand [2] 4/23 9/18
handgun [4] 18/9 27/2 29/17 29/20
has [17] 20/12 27/17 29/22 30/23 33/11 34/18 34/19 35/8 35/9 36/4 36/5 36/6

have [73]
haven't [2] 31/23 45/11
having [6] 5/8 11/11 23/17 31/5 33/6 35/18
he [90]
he -- which [1] 34/5
he'll [2] 40/20 44/10
he's [9] 4/5 4/12 28/20 28/25 28/25 36/13 40/4 40/12 41/2
heading [1] 29/8
headset [2] 9/7 31/12
hear [3] 5/11 6/5 6/5
heard [7] 19/24 31/1 33/22 34/14 36/2 41/21 42/21
hearing [4] 1/11 9/14 27/16 42/20
held [2] 29/5 37/15
helped [1] 16/8
helpful [1] 23/10
her [3] 14/2 15/21 38/19
here [16] 4/10 4/12 4/19 6/20 13/13 17/12 22/19 23/5 23/7 31/1 32/3 36/5 40/7 40/7 40/23 43/4
Hill [2] 12/1 25/24
Hills [6] 2/2 11/18 26/13 26/23 27/23 28/1
him [23] 5/13 10/9 10/11 10/21 18/5 19/9 20/6 23/15 23/16 23/16 23/17 23/19 23/20 23/20 23/23 23/25 24/6 27/12 33/6 34/20 35/4 36/16 40/19
himself [1] 14/22
his [36] 7/1 7/4 10/5 10/21 14/1 14/6 19/15 20/25 22/8 24/5 25/7 25/7 27/8 27/11 27/17 27/18 32/8 33/5 33/7 34/15 35/4 35/5 36/10 37/20 37/21 39/4 40/5 40/6 40/6 40/7 40/9 40/11 40/14 41/15 43/25 44/9
his -- what [1] 25/7
history [1] 39/15
hit [1] 41/15
honest [2] 20/24 35/5
honesty [1] 35/4
Honor [74]
HONORABLE [1] 1/12
hope [1] 42/15
HORTA [16] 1/9 2/8 3/12 3/19 24/9 24/15 24/17 24/20 24/23 25/1 25/6 25/10 25/24 27/12 37/6 38/4
HORTA-FIGUEROA [4] 1/9 2/8 3/12 3/19
how [17] 5/17 6/4 11/16 12/3 12/7 14/19 15/10 16/1 16/7 16/12 17/4 17/6 20/15 21/17 23/5 25/23 29/11
however [1] 37/19

## I

I -- I [1] 20/17
I'll [9] 7/25 30/1 31/20 32/11 36/1 38/19 39/3 42/3 43/3
I'm [22] 5/21 7/18 18/5 19/13 19/23 20/5 20/7 22/10 22/25 24/3 25/16 27/4 29/17 31/2 34/11 36/21 37/9 37/12 38/3 40/20 43/17 44/22
I've [12] 4/9 5/7 6/11 19/24 38/1 38/4 39/9 39/13 41/21 42/19 43/3 45/2
ice [2] 16/6 16/13
idea [3] 13/17 15/9 38/25
identification [1] 24/5
identified [1] 12/1
identify [3] 23/18 23/23 23/25
if -- there [1] 33/6
illegal [1] 44/13
immediately [3] 9/16 44/8 44/23

immigration [2] 44/2 44/3
implication [1] 4/2
important [3] 7/17 32/23 40/10
impose [2] 42/2 43/4
imposed [1] 45/2
imprisonment [5] 39/16 43/17 43/25 44/8 44/20
Incidentally [1] 41/19
inclined [2] 37/9 37/12
inconsistencies [1] 33/12
increase [1] 8/16
Index [1] 3/22
indicate [2] 13/3 19/14
indicated [1] 38/5
indictment [1] 6/18
ineligible [1] 32/24
infer [2] 20/3 32/8
inference [2] 19/25 35/13
inferred [1] 35/20
information [12] 10/13 17/22 17/25 21/9 23/8 23/21 33/11 33/24 34/3 34/11 35/9 35/11
informed [2] 34/18 35/8
initially [2] 10/3 33/9
intelligence [1] 17/22
intended [1] 17/25
intent [5] 6/19 30/22 30/24 31/25 43/4
interpret [1] 9/5
interpretation [2] 9/10 9/16
interpreter [6] 2/12 4/17 4/24 5/12 9/4 31/5
interpreters [1] 5/17
interpreting [1] 31/17
interview [1] 10/19
investigation [8] 11/22 11/25 12/13 12/20 13/6 17/21 21/4 22/2
investigator [5] 19/8 20/18 33/2 33/13 33/19
investigators [1] 23/2
invite [1] 42/3
involved [9] 14/4 14/8 21/4 21/6 35/21 40/16 42/6 42/7 42/25
is [80]
is -- which [1] 34/5
issue [18] 7/13 7/17 7/24 8/14 8/15 9/21 19/9 19/21 21/15 27/19 30/5 30/6 30/7 30/10 30/16 31/20 33/9 38/15
issues [2] 19/14 32/18
it [84]
it's [18] 5/10 7/16 7/16 7/22 11/6 19/19 22/3 25/11 27/5 27/5 27/13 27/16 31/21 33/16 37/7 37/19 40/10 41/4
it's -- any [1] 33/16
items [2] 6/25 7/4
its [1] 13/3

## J

JEFF [5] 3/4 4/14 9/2 11/10 11/15
JESUS [1] 1/9
Jimenez [4] 22/3 22/15 23/9 23/12
JOANA [1] 1/7
JOHN [1] 1/12
jointly [2] 8/8 32/10
JOSE [7] 1/7 1/9 1/11 4/4 5/2 39/3 39/6
JOSH [1] 1/15
Joshua [1] 20/18
JR [1] 1/8
JUDGE [1] 1/12
judgment [2] 21/24 43/21
Judicial [1] 46/6
JULIAN [6] 1/7 1/11 4/4 5/2 39/4 39/6
June [2] 22/25 33/16
June 23rd [2] 22/25 33/16

## J

jury [3]   30/18 30/20 38/24
just [19]   15/15 15/16 16/14 16/15 16/17
18/15 21/9 21/17 25/12 28/24 30/8
30/25 31/3 31/7 31/20 37/1 37/3 42/4
42/15
JUSTICE [1]   1/15

## K

keep [1]   34/24
key [4]   14/22 17/9 17/11 27/22
kill [1]   41/6
kilos [1]   21/17
kind [10]   18/8 28/5 34/16 34/19 40/12
40/15 41/1 41/1 41/8 41/14
knew [8]   16/7 17/23 20/3 23/16 24/23
25/1 33/2 33/4
know [16]   4/9 6/9 9/16 14/11 15/25
17/14 19/10 19/24 19/24 21/22 22/17
33/5 40/5 40/22 42/9 42/13
knowing [3]   23/11 23/13 23/15
knowledge [14]   10/20 13/15 27/13
27/24 29/25 30/22 30/24 31/25 32/10
35/14 35/16 35/22 37/14 37/20

## L

la [14]   2/4 2/5 3/5 3/8 17/15 17/20 22/7
22/8 22/12 22/19 30/14 31/19 32/15
33/8
lack [1]   31/1
lack -- we're [1]   31/1
language [4]   7/1 7/4 25/10 27/13
large [6]   12/6 25/13 25/14 25/20 25/21
26/17
last [1]   38/19
law [8]   1/19 1/22 2/1 2/5 2/8 14/23 40/6
40/7
laws [2]   42/10 42/14
lawyers [1]   38/8
lay [1]   16/19
learn [1]   25/7
least [5]   15/14 20/1 35/15 41/10 44/20
left [2]   14/2 14/12
legitimate [1]   37/11
length [1]   10/11
lengthy [1]   42/23
less [1]   29/22
let [18]   4/3 4/7 6/9 7/25 9/4 9/16 9/23
10/15 13/12 16/18 19/12 19/23 20/5
25/5 33/25 38/8 38/12 38/22
let's [20]   5/7 6/15 8/23 9/9 17/15 19/4
24/9 26/4 27/6 27/6 28/21 28/23 28/24
30/7 30/9 30/11 31/7 32/13 34/24 35/1
level [4]   8/16 34/20 35/9 39/14
level -- to [1]   34/20
lies [1]   33/16
life [2]   41/1 41/11
like [9]   7/24 10/2 30/16 38/23 39/20
40/25 41/6 41/17 41/24
limit [1]   10/25
liquid [2]   12/9 16/17
live [1]   40/23
lived [6]   15/3 25/13 25/17 25/19 26/17
28/9
local [1]   44/14
located [4]   12/1 13/2 25/22 32/9
location [2]   12/3 12/3
long [5]   12/11 12/12 16/1 29/11 41/12
long-term [1]   12/11
look [3]   19/13 30/18 41/3
looking [1]   20/7
LOPEZ [13]   1/7 1/11 1/19 3/13 3/16

3/19 4/4 5/2 6/14 39/1 39/4 41/23 45/1
loss [1] 8/22
lot [3]   23/12 23/13 23/17

## M

made [8]   7/7 16/5 20/9 27/7 33/3 33/8
34/17 34/19
Mail [2]   2/16 46/19
majority [1]   14/24
make [12]   17/11 30/12 30/16 33/23 34/3
34/16 36/15 37/17 39/20 39/21 41/24
41/25
man [1]   40/13
mandatory [1]   39/19
manner [1]   6/23
Mansfield [1]   1/23
manufacture [8]   12/5 12/7 12/17 15/16
15/19 16/10 20/21 34/8
manufactured [1]   12/8
manufacturing [1]   16/23
many [2]   5/17 17/4
MARK [6]   1/18 1/19 1/22 1/22 4/5 4/6
marshal [1]   8/5
MARTHA [1]   1/7
matter [1]   46/4
may [10]   5/6 6/15 6/16 8/25 17/5 17/17
26/6 28/15 31/18 36/2
May 4 [2]   5/6 6/16
McBRYDE [1]   1/12
me [28]   4/3 4/7 5/6 6/9 6/16 9/4 9/16
9/23 10/15 11/2 13/12 16/12 16/22
19/10 19/12 19/14 20/11 20/23 25/5
31/4 33/25 38/8 38/12 38/22 40/21
40/21 42/5 42/11
mean [6]   15/23 16/17 28/15 34/25 41/5
41/19
mean. [1]   41/6
mean.  They [1]   41/6
means [1]   45/5
mechanical [2]   2/18 28/5
meeting [1]   10/14
memory [1]   10/7
mention [1]   39/25
mentioned [2]   26/16 44/11
merit [1]   7/10
met [2]   4/9 10/11
methamphetamine [15]   12/6 15/17
15/20 18/14 18/16 18/25 20/22 21/5
21/18 25/12 25/14 25/21 26/17 28/11
34/9
Mexico [9]   13/19 14/2 21/6 22/1 22/6
41/2 41/5 41/11 41/16
might [3]   15/10 25/24 42/25
million [1]   39/18
Milton [1]   2/9
mind [1]   30/9
minute [4]   8/4 31/7 32/14 45/19
misspoke [1]   32/14
mitigation [1]   41/25
modified [2]   39/9 39/12
month [1]   16/3
months [3]   39/16 43/6 43/17
more [5]   16/20 23/6 23/8 25/10 42/2
most [1]   17/4
mother [2]   40/6 42/16
mother-in-law [1]   40/6
motion [3]   3/18 39/23 40/1
move [1]   28/24
MR [17]   1/15 1/18 1/22 2/1 2/4 2/8 3/3
3/4 3/5 3/5 3/6 3/6 3/8 3/10 3/15 11/13
32/15
Mr. [97]
Mr. -- let [1]   38/8

Mr. -- let's [1]   32/13
Mr. -- what [1]   4/25
Mr. Brantley [4]   1/15 20/19 35/3 36/10
Mr. Burgess [7]   4/10 27/15 33/20 33/20
34/6 34/11 35/2
Mr. Danielson [1]   8/23
Mr. De [6]   17/15 17/20 30/14 31/19
32/15 33/8
Mr. Durden [6]   9/24 10/20 26/10 28/24
29/5 38/10
Mr. Durden -- before [1]   9/23
Mr. Gomez [13]   14/18 14/19 14/21 16/7
17/3 17/6 17/23 21/8 25/12 25/13 25/19
26/2 30/11
Mr. Gomez' [1]   22/4
Mr. Horta [9]   24/15 24/17 24/20 24/23
25/1 25/6 25/10 25/24 27/12
Mr. Jimenez [3]   22/15 23/9 23/12
Mr. Mark [1]   4/5
Mr. Nunez [12]   25/13 25/20 26/4 26/17
27/7 27/22 27/25 28/9 28/13 28/18
29/14 29/19
Mr. Nunez's [1]   27/17
MR. O'SHEA [2]   24/13 38/8
Mr. Orozco [10]   14/17 14/19 14/22
14/25 15/3 15/10 21/8 22/4 25/12 26/2
Mr. Orozco-Lopez [2]   41/23 45/1
Mr. Perez [15]   4/7 4/16 6/22 19/5 21/11
22/24 31/18 32/14 32/16 34/14 34/14
36/25 37/4 39/4 45/15
MS [2]   2/12 38/24
Ms. [12]   4/19 5/18 8/17 13/19 13/22
13/23 13/24 14/13 14/17 14/22 15/3
30/6
Ms. Gonzalez [2]   4/19 5/18
Ms. Rosales [9]   8/17 13/22 13/23 13/24
14/13 14/17 14/22 15/3 30/6
Ms. Rosales' [1]   13/19
much [4]   16/4 21/10 41/3 41/5
my [48]
myself [2]   6/16 36/10

## N

name [5]   4/7 4/25 11/14 33/7 36/4
name. [1]   33/5
name.  I [1]   33/5
named [1]   22/3
Nationality [1]   44/4
nature [1]   42/24
necessarily [1]   37/25
necessary [1]   7/23
need [4]   4/17 5/17 8/1 38/5
nefarious [1]   40/15
never [2]   25/9 42/8
next [2]   19/4 32/13
nightstand [5]   13/1 26/25 27/1 28/4
29/10
no [37]   1/4 4/21 12/12 13/9 15/1 17/24
21/20 22/10 23/6 23/16 24/7 24/16
24/19 24/22 24/25 25/3 26/20 26/21
27/3 27/12 27/18 28/2 29/7 29/12 29/15
30/5 33/2 33/3 33/4 33/6 36/12 38/9
38/11 39/5 41/7 41/22 46/11
normally [1]   5/3
North [2]   2/2 11/18
NORTHERN [3]   1/2 1/16 46/12
not [56]
note [2]   3/19 32/23
noted [1]   36/6
notice [1]   45/7
now [26]   4/3 4/16 8/15 9/14 16/22 19/11
23/15 25/16 26/22 27/7 27/10 27/15
27/22 28/3 28/15 29/16 30/9 33/9 34/1

## N

have. [7] 37/6 37/21 39/3 40/9 40/17
40/18 44/7
number [3] 19/16 19/18 31/24
NUNEZ [19] 1/8 2/1 3/12 25/13 25/20
26/4 26/12 26/17 27/7 27/22 27/25 28/9
28/13 28/18 29/14 29/19 37/7 37/18
38/4
Nunez's [1] 27/17

## O

O'SHEA [5] 2/8 2/8 3/6 24/13 38/8
object [1] 20/7
objected [2] 7/20 20/8
objecting [1] 36/21
objection [10] 7/13 7/13 8/16 19/17
19/19 19/20 32/11 32/23 35/7 36/1
objections [10] 3/3 7/6 7/8 7/11 19/10
19/12 19/13 19/18 38/4 39/5
objectives [1] 43/13
obligations [1] 45/10
occupant [1] 27/25
October [1] 46/8
off [2] 41/10 41/20
offense [4] 6/17 20/24 35/5 39/14
offer [3] 13/10 30/12 41/21
office [4] 1/19 1/22 2/8 44/24
officer [17] 4/15 7/8 9/2 9/25 10/4 10/10
10/13 10/22 11/2 11/17 11/18 17/21
26/11 37/10 37/11 44/17 44/21
official [2] 44/2 46/12
often [1] 25/24
Oh [3] 10/6 14/8 38/16
okay [78]
Okay. [2] 28/11 28/15
Okay. But [1] 28/11
Okay. Now [1] 28/15
old [4] 40/4 40/20 40/22 42/12
omissions [1] 33/16
once [4] 16/16 16/17 43/24 45/12
one [19] 6/18 7/14 14/21 14/23 16/7
16/8 17/3 17/4 18/20 18/22 21/22 31/5
31/13 31/24 33/2 38/22 38/22 43/24
44/19
one-count [1] 6/18
ones [1] 22/11
only [3] 17/13 7/20 8/14 15/24 18/22
26/1 26/12 27/19 29/3 30/15 37/22 39/2
opportunity [4] 40/23 41/2 41/3 41/10
order [1] 7/9
ordered [1] 44/5
ordering [3] 43/15 43/18 44/22
ordinarily [1] 6/13
organization [1] 22/9
OROZCO [26] 1/7 1/11 1/19 3/13 3/16
3/19 4/4 5/2 5/4 6/14 14/17 14/19 14/22
14/25 15/3 15/10 21/8 22/4 25/12 26/2
26/14 39/1 39/4 39/7 41/23 45/1
OROZCO-LOPEZ [11] 1/7 1/11 1/19
3/13 3/16 3/19 4/4 5/2 6/14 39/1 39/4
Orozco-Perez [1] 39/7
other [19] 7/4 8/6 8/7 10/7 16/9 17/12
18/17 18/20 18/20 19/4 19/9 19/11 19/14
21/20 21/23 23/2 28/12 33/7 37/16
38/17
others [4] 32/11 42/13 42/13 43/1
others -- still [1] 42/13
our [7] 7/12 21/4 23/5 31/21 32/23 36/9
39/23
out [16] 5/18 16/19 16/19 17/7 18/14
18/24 24/6 31/8 36/13 40/11 40/20
40/21 41/14 42/12 43/7 43/19

## P

PAGE [1] 3/2
parental [1] 40/13
part [4] 11/25 30/19 40/4 40/5
participated [2] 16/22 17/5
particular [2] 19/1 19/2
parties [1] 42/24
pass [1] 30/1
past [1] 33/16
Pattern [2] 30/18 30/20
Paul [1] 1/19
pauperis [1] 45/5
Pause [4] 9/13 10/17 31/9 31/14
pay [1] 44/22
payable [1] 44/23
payment [1] 43/8
people [4] 35/25 41/5 41/6 42/6
per [1] 28/15
percent [1] 22/10
PEREZ [25] 1/18 1/19 3/3 3/5 3/10 3/15
4/5 4/6 4/7 4/16 6/22 19/5 21/11 22/24
31/18 32/14 32/15 32/16 34/14 36/14
36/25 37/4 39/4 39/7 45/15
perfectly [1] 26/3
perhaps [2] 32/10 37/13
periodic [1] 44/20
person [3] 22/1 32/24 32/25
personally [1] 13/7
persons [1] 42/6
pertinent [1] 11/6
phone [1] 23/17
pick [1] 21/22
picked [2] 21/17 21/20
picking [1] 21/19
place [1] 15/19
plain [2] 27/2 27/5
Plano [1] 2/6
play [1] 27/6
plea [1] 6/21
pleaded [1] 6/17
please [2] 11/14 26/6
pleases [1] 30/16
plus [3] 35/12 43/7 43/23
point [5] 5/25 16/8 23/23 34/25 36/15
pointed [1] 24/6
pointing [1] 21/19
police [1] 11/18
portion [1] 44/9
position [11] 6/5 9/24 10/23 11/1 11/3
20/8 22/8 31/21 36/5 36/11 36/24
possess [3] 6/18 33/1 44/13
possessed [2] 10/21 13/7
possesses [1] 32/24
possession [12] 8/20 20/2 27/20 30/17
30/19 30/21 31/21 31/22 32/7 32/7
32/21 35/17
possession. [1] 32/22
possession. In [1] 32/22
pot [1] 16/14
pour [2] 16/18 16/19
powder [4] 12/9 16/6 16/12 16/15
Prairie [1] 15/2
preacher [1] 40/7
premises [1] 24/18

preponderance [1] 32/5
prescribed [1] 46/6
presence [2] 34/7 37/14
present [5] 11/19 12/14 26/12 26/22
28/3
presentation [1] 41/24
presented [1] 31/2
presentence [4] 6/23 39/6 39/8 39/11
pressure [1] 40/13
presumably [1] 35/24
pretty [3] 15/11 16/4 28/22
previously [1] 44/11
primarily [2] 7/14 23/4
prior [1] 27/15
prison [3] 41/12 43/7 43/19
Prisons [2] 43/16 44/1
probably [4] 20/1 23/22 26/2 38/25
probation [12] 7/8 9/25 10/4 10/10
10/13 10/22 11/2 37/10 37/11 37/22
44/17 44/21
problem [3] 5/15 6/9 9/15
problems [2] 5/8 5/9
procedures [1] 44/3
proceed [2] 8/25 31/18
PROCEEDING [1] 3/2
proceedings [10] 2/18 8/7 8/8 9/13
10/17 31/9 31/14 39/1 45/23 46/4
process [2] 12/11 16/23
produced [2] 2/19
proposed [1] 41/4
protection [1] 43/13
provide [2] 21/9 35/10
provided [4] 33/11 33/12 35/9 44/3
providing [1] 34/10
proximity [1] 35/23
PSR [4] 3/3 7/16 19/21 19/21
public [1] 43/14
punishment [1] 43/13
pure [1] 16/17
purpose [4] 4/20 12/17 16/2
purposes [4] 16/2 35/25 35/25 37/16
pursuant [1] 43/23
pursue [1] 7/11
put [2] 16/15 38/19
putting [1] 9/7

## Q

qualify [3] 36/7 36/22 45/5
quantities [1] 12/6
quantity [1] 25/14
question [11] 13/12 18/5 20/6 20/18
23/20 26/22 28/20 29/1 36/18 37/7
40/17
questioned [1] 10/23
questions [13] 11/5 17/16 19/5 19/9
21/12 23/4 24/7 24/10 26/4 30/4 34/12
35/3 36/16
quite [3] 15/12 23/7 28/19

## R

RAFAEL [1] 2/4
raise [2] 4/22 9/18
range [4] 39/16 39/17 39/17 43/5
rather [1] 41/11
read [2] 6/25 10/19
ready [3] 14/15 20/3 35/16
real [2] 12/12 40/5
really [7] 17/4 18/19 20/7 23/17 33/2
41/7 42/8
reasonable [5] 11/3 35/12 40/18 41/10
43/12
reasonably [3] 29/1 32/8 35/19
reasons [1] 35/8

**R**

recalculating [1] 38/13
recalculation [1] 38/5
recall [4] 7/7 18/20 28/10 28/15
receive [2] 6/22 37/23
receive -- not [1] 37/23
receiving [1] 35/7
recess [2] 45/19 45/22
recollection [1] 18/21
recommendation [1] 37/22
recommended [1] 10/4
record [2] 19/25 46/3
reduced [1] 42/11
reduction [1] 8/18
reference [1] 45/10
referred [1] 36/16
referring [2] 19/17 29/17
refrain [1] 44/18
refreshing [1] 10/6
refusal [1] 10/1
regarding [10] 7/13 7/15 19/9 19/20
  32/20 33/9 35/4 35/5 39/23 40/3
regularly [1] 12/14
related [2] 9/22 37/3
relative [1] 8/13
release [9] 39/17 43/6 43/18 43/20
  43/24 44/5 44/8 44/10 44/20
relying [1] 34/11
remain [1] 44/5
remanded [1] 45/17
remember [2] 10/6 23/11
repeating [1] 6/15
report [5] 6/23 10/12 39/6 39/8 39/12
reported [1] 2/18
REPORTER [2] 2/14 46/12
Reporter's [2] 3/21 46/1
represent [1] 20/20
represented [1] 4/5
request [1] 45/8
residence [7] 11/25 12/15 12/21 13/19
  15/1 15/19 15/22
resides [1] 21/5
resolve [1] 34/5
respect [1] 34/22
responded [1] 7/9
response [1] 7/7
responsibility [5] 9/22 9/25 10/5 10/24
  40/12
responsible [3] 11/22 21/16 21/18
result [3] 10/18 18/18 37/21
resulting [1] 6/21
resume [2] 10/8 45/20
return [1] 45/13
review [1] 45/12
Richland [2] 2/2 11/18
right [14] 4/22 9/18 23/11 29/9 30/9
  33/14 37/5 37/21 38/16 41/24 42/8 45/1
  45/4 45/6
rights [1] 45/10
rise [1] 45/21
RMR [3] 2/14 46/2 46/11
role [6] 14/6 15/24 20/22 20/25 25/7
  35/4
Room [2] 2/14 46/16
ROSALES [12] 1/7 1/22 8/17 13/22
  13/23 13/24 14/13 14/17 14/22 15/3
  30/6 38/24
Rosales' [1] 13/19
Rufe [1] 2/2
ruling [6] 3/8 3/10 3/12 3/18 36/21 36/22
ruling -- I'm [1] 36/21
running [1] 41/15

**S**

SAENZ [4] 2/11 46/2 46/16 46/11
safety [14] 7/14 7/19 8/18 20/12 27/18
  30/13 32/25 34/21 35/7 36/6 36/8 36/23
  37/15 37/23
said [10] 13/23 27/14 32/1 33/10 33/22
  33/23 37/1 38/1 42/21 43/3
sale [3] 18/25 20/21 34/8
SALVADOR [1] 1/8
same [6] 4/3 6/1 6/8 13/4 26/11 34/24
satisfied [1] 45/12
say [15] 12/7 15/14 15/15 16/21 17/4
  26/11 27/1 29/16 32/16 33/25 34/2 34/4
  34/24 38/7 39/23
saying [6] 8/17 8/18 14/11 11/20 23/15
  30/25
scale [4] 13/4 18/15 18/17 19/1
scales [21] 14/4 18/7 18/12 18/13 18/20
  24/21 25/2 28/3 28/4 28/5 28/5 28/7
  28/8 28/17 28/22 28/25 29/4 29/17
  35/20 35/23 35/24
se [1] 28/15
search [2] 12/20 18/18
searched [1] 33/6
seated [5] 8/5 8/6 8/23 9/20 37/4
second [6] 7/13 10/14 10/19 19/19
  19/20 43/1
Section [1] 43/11 43/23
see [13] 5/7 6/4 6/15 10/15 17/15 19/4
  19/12 20/7 23/23 24/9 26/4 32/13 42/16
seek [1] 23/22
seeking [1] 23/25
seems [1] 11/1
seen [2] 7/7 11/20
selling [1] 25/12
sense [3] 15/9 20/2 25/23
sentence [9] 3/17 42/11 43/5 43/9 43/9
  43/12 43/22 43/25 45/2
sentence -- such [1] 43/9
sentenced [1] 42/21
sentences [4] 42/22 42/23 42/23 42/25
sentencing [1] 1/11 3/15 6/20 33/18
  42/2 42/19 43/3
sentencings [1] 45/20
separately [1] 5/22
serve [2] 43/17 43/18
set [5] 29/3 39/8 42/12 42/13 43/21
shall [8] 32/17 43/25 44/5 44/13 44/14
  44/16 44/18 44/19
should [8] 8/18 10/1 30/13 34/17 42/1
  42/7 43/11 44/8
show [1] 30/23
sic [4] 22/17 24/2 31/18 39/7
sign [1] 45/13
Signed [1] 46/8
simply [3] 5/12 10/22 15/16
since [2] 11/1 36/4
sir [30] 5/5 6/3 11/24 12/12 13/15 14/5
  14/5 15/1 15/5 15/8 15/24 16/11 16/25
  19/3 22/10 22/21 23/14 23/24 24/16
  24/19 24/22 24/25 25/3 26/15 27/3 27/9
  27/12 28/2 29/12 29/15
sister [1] 40/7
sister-in-law [1] 40/7
sit [1] 18/5
skill [1] 41/14
small [3] 18/15 18/15 18/25
Snow [1] 2/2
so [31] 6/4 8/4 8/22 9/16 10/25 11/4
  14/23 15/18 16/4 16/5 18/15 18/19
  18/21 18/23 18/24 21/21 32/1 36/1
  37/21 38/3 38/5 40/15 41/7 41/14 41/17

**T**

take [8] 5/21 19/22 40/3 40/25 41/9
  41/17 42/1 45/19
taken [1] 31/23
takes [1] 40/12
taking [4] 10/5 12/9 16/14 20/8
talked [3] 28/25 33/19 34/6
talking [2] 19/13 23/6
task [3] 4/14 9/2 11/17
technical [1] 5/9

42/1 42/13 42/20 43/3 43/15 45/11
some [13] 5/8 5/9 7/6 16/8 19/8 22/5
  23/23 33/11 37/16 38/5 38/13 41/14
  41/20
somebody [1] 25/11
someplace [1] 15/4
something [13] 6/1 10/2 16/20 17/1
  21/13 23/22 25/18 28/24 29/2 34/2 34/4
  34/6 41/16
sorry [5] 22/25 24/3 25/16 27/4 31/4
sorts [1] 36/20
source [2] 21/5 36/19
speak [6] 9/5 9/8 16/5 20/18 23/7 27/12
speaking [2] 23/16 29/23
special [3] 39/18 43/8 44/22
specific [2] 17/22 17/25
specifically [3] 21/13 25/5 45/8
spoke [5] 21/8 23/24 25/9 27/15 33/19
St [2] 1/19 1/19
stand [3] 5/13 5/22 40/7
standard [2] 43/21 44/10
start [2] 41/13 43/19
state [3] 11/14 36/23 44/14
statement [8] 27/7 27/11 30/12 30/15
  33/3 37/16 39/20 41/24
statements [6] 3/15 14/10 15/12 16/25
  27/17 34/13
STATES [12] 1/1 1/4 1/12 1/15 43/11
  43/23 44/6 44/9 44/24 44/24 45/3 46/7
stay [1] 30/8
stayed [1] 15/25
staying [1] 14/25
stenography [1] 2/18
step [4] 8/4 38/14 38/20 38/21
still [3] 7/11 38/15 42/13
stop [1] 31/7
store [2] 15/16 15/19
Strada [1] 1/23
Street [4] 1/16 2/5 2/14 46/16
subject [9] 11/5 21/3 21/9 22/3 30/13
  34/24 41/21 41/25 42/2
subjects [1] 8/22
submit [1] 44/19
substance [2] 6/19 44/19
substances [1] 44/13
such [2] 37/13 43/9
sufficient [1] 37/14
suggested [1] 9/25
suggestion [1] 41/9
Suite [5] 1/16 1/19 1/23 2/2 2/9
supervised [7] 39/16 43/6 43/18 43/20
  43/24 44/4 44/10
supplemented [2] 39/9 39/12
supply [2] 21/5 36/19
supplying [1] 22/2
supposed [3] 22/4 22/7 42/14
sure [4] 7/18 9/4 9/10 9/23
surname [1] 5/4 6/12 6/12
surrendered [1] 44/1
sustaining [1] 38/3
sworn [6] 4/20 4/23 4/24 9/18 9/19
  11/11

**T**

Telephone [8] 9/17 1/20 1/24 2/3 2/6 2/10 2/15 46/18
tell [5] 16/12 20/23 22/14 28/16 40/15
telling [1] 21/21
tells [1] 33/17
tense [1] 42/2
tentative [1] 7/9
term [5] 12/11 43/6 43/17 43/18 44/9
test [1] 44/19
testified [4] 11/11 34/11 35/3 36/12
testify [1] 28/17
testimony [7] 3/4 8/13 11/4 29/3 33/2 34/15 34/16
tests [1] 44/21
TEXAS [13] 1/2 1/5 1/16 1/17 1/20 1/23 2/2 2/6 2/9 2/15 46/11 46/12 46/16
than [4] 10/7 18/20 29/23 41/11
Thank [15] 5/16 6/10 8/2 11/7 11/9 18/6 24/7 26/3 29/19 30/1 37/2 38/2 39/22 42/17 42/18
that [222]
that's [19] 5/15 7/24 10/25 13/10 18/3 18/21 20/6 23/22 25/4 29/3 31/2 32/2 32/3 32/3 32/22 34/2 38/16 42/10 44/23
the -- as [1] 10/19
the -- converted [1] 16/6
the -- I [1] 19/16
the -- is [1] 25/24
the -- my [1] 33/10
the -- the [2] 28/3 28/11
the -- you [1] 18/4
their [15] 8/12 9/7 15/1 15/11 15/24 16/24 21/12 22/15 23/6 33/21 35/23 37/8 37/8 37/13 42/20
them [14] 6/6 14/21 15/6 17/1 21/11 21/13 21/19 21/22 21/24 22/16 22/17 23/21 37/9 37/12
then [13] 5/25 10/10 11/4 16/16 16/17 16/19 21/15 22/15 24/1 27/1 33/13 35/2 40/2
there [42] 5/9 5/19 7/6 7/13 8/18 10/12 13/2 14/10 15/12 15/25 18/17 20/4 21/3 21/15 24/4 26/1 26/13 26/17 26/20 26/20 27/19 28/8 28/10 28/11 28/12 28/17 29/14 30/19 30/23 31/1 31/22 32/21 33/4 33/6 33/11 35/12 35/20 36/13 38/7 38/13 39/5 41/3
there's [5] 9/15 24/1 33/3 41/7 41/7
thereafter [1] 44/21
therefore [1] 10/23
these [6] 11/20 12/14 15/23 16/1 41/5 42/22
they [54]
thing [3] 23/8 26/11 42/8
things [3] 36/20 39/24 41/25
think [28] 7/16 9/21 9/25 10/18 10/25 19/6 19/16 19/23 19/24 20/3 20/11 28/20 32/14 32/21 32/23 36/13 36/14 36/21 36/22 36/25 37/7 37/10 37/25 40/10 41/13 41/13 42/1 42/23
this [31] 4/3 4/20 5/9 5/10 6/18 8/10 8/11 8/13 11/6 11/22 17/16 19/5 21/5 21/8 22/11 23/7 24/10 26/5 29/23 33/20 34/6 34/12 36/6 36/17 39/22 40/6 40/9 42/3 42/10 42/14 46/8
those [16] 6/25 7/3 7/11 8/22 16/2 18/13 19/10 29/11 29/13 35/21 35/25 36/20 38/5 46/6
though [2] 36/9 37/10
thought [3] 10/22 33/23 43/1
thoughts [1] 42/22

three [4] 5/19 6/1 9/5 9/14
through [8] 22/17 37/1 44/3 44/10
time [13] 6/2 6/8 8/10 8/14 11/6 14/24 16/4 27/7 40/14 41/4 41/10 41/18 42/3
timely [1] 6/23
times [1] 17/4
to -- we'll [1] 8/1
today [6] 6/20 11/19 27/16 36/12
TODD [1] 2/1
together [2] 14/24 15/4
told [1] 28/24
tomorrow [1] 41/7
too [1] 42/12
took [2] 10/9 11/2
tools [1] 28/12
total [2] 5/19 39/14
trade [2] 28/12 41/14
trafficking [3] 13/3 14/4 14/7
transcript [2] 1/11 2/18 46/3 46/5
transferring [1] 12/10
tried [1] 23/21
TRINIDAD [1] 1/8
true [1] 46/3
truth [2] 21/21 33/17
truthful [8] 21/12 21/24 27/14 29/23 33/10 36/12 36/18 36/19
truthfulness [4] 7/21 20/19 27/18 33/9
try [2] 23/18 41/15
trying [2] 23/8 36/15
trying -- was [1] 36/15
two [12] 7/3 8/16 13/12 16/4 23/1 30/20 31/22 34/20 35/7 38/6 44/20 45/11
two-level [1] 8/16
type [1] 42/8

**U**

U.S [2] 21/18 25/21
ultimately [1] 33/17
unaware [1] 32/25
uncle [1] 22/4
under [3] 26/2 26/13 43/11
understand [5] 8/14 8/20 9/24 28/19 45/13
understanding [6] 16/24 17/9 20/13 25/9 25/11 27/16
understanding -- I [1] 25/9
understood [1] 37/3
unfortunately [1] 42/6
UNITED [12] 1/1 1/4 1/12 1/15 43/11 43/23 44/6 44/9 44/23 44/24 45/3 46/7
unlawful [1] 44/18
unless [2] 7/23 37/16
untruthful [1] 27/10
untruthfulness [2] 7/15 19/15
up [7] 5/22 18/16 21/17 21/19 21/20 21/22 36/4
upon [4] 10/5 17/21 30/25 44/8
use [7] 5/10 6/13 16/1 18/25 19/1 37/8 44/18
used [7] 12/4 12/5 13/16 15/18 15/21 18/13 35/24
using [2] 16/4 35/25
usually [1] 18/14
utilized [1] 15/16

**V**

valve [14] 7/14 7/19 8/19 20/12 27/19 30/14 32/25 34/21 35/7 36/6 36/8 36/23 37/15 37/23
variance [3] 39/23 40/1 41/20
VERSUS [1] 1/6
very [5] 5/24 6/7 23/10 35/15 36/17
view [3] 27/2 27/6 43/9

visiting [1] 14/3
VOLUME [1] 1/1

**W**

want [21] 7/15 11/5 19/10 19/10 19/14 20/6 20/17 29/5 30/4 30/12 30/12 32/16 34/2 34/4 34/23 36/9 36/14 36/23 38/20 45/11 45/13
wanted [8] 17/7 17/8 18/24 19/9 30/4 38/7 39/23 41/20
wants [1] 8/5
was [98]
was -- he [1] 33/11
wasn't [2] 8/19 23/19
water [2] 16/14 16/15
way [4] 5/1 16/8 22/5 28/21
we [38] 5/10 5/17 6/14 6/24 7/12 7/15 8/10 8/13 8/21 8/22 9/8 9/9 9/9 9/16 9/23 10/15 10/16 10/25 18/20 21/8 21/11 21/12 22/14 23/6 23/24 30/8 31/7 31/13 32/3 32/3 32/21 32/22 33/15 34/15 36/17 38/15 38/16 40/19 41/3
we -- at [1] 8/10
we'll [5] 8/1 10/25 11/4 38/5 45/20
we're [9] 5/8 6/20 8/3 30/25 31/1 31/5 31/15 38/12 45/19
we've [2] 31/1 34/14
weekly [1] 15/14
weigh [2] 18/16 18/24
Weighing [1] 18/14
well [22] 5/12 5/24 6/7 7/25 10/3 15/21 20/15 20/17 22/18 25/23 28/22 32/5 33/22 33/25 34/10 34/12 34/22 34/25 35/1 40/2 42/6 42/19
were [52]
were -- the [1] 23/7
were -- you [1] 23/4
were exactly [1] 34/13
what [46] 4/25 6/12 6/12 9/24 10/7 12/17 13/16 14/6 18/8 18/13 19/12 19/24 20/7 21/1 22/8 23/21 24/3 25/7 25/7 25/16 27/14 28/5 33/12 33/13 33/21 33/22 33/23 34/13 35/2 37/1 37/3 37/11 38/1 40/12 40/15 40/17 40/19 40/22 40/25 41/1 41/1 41/13 41/21 42/1 42/21 42/3 43/3
what's [1] 32/23
whatever [1] 39/20
when [14] 12/7 17/7 17/7 21/8 22/25 29/14 29/16 36/19 40/9 40/19 41/14 42/21 43/7 43/19
whenever [2] 21/11 23/20
where [11] 6/5 6/11 7/8 8/20 10/15 10/25 12/25 25/13 25/20 28/9 32/9
wherever [1] 8/5
whether [18] 4/9 7/18 10/23 21/16 21/17 22/15 24/14 24/17 24/20 24/23 25/1 27/19 28/16 28/17 30/13 34/5 36/11 36/18
which [7] 19/14 19/17 26/16 30/21 34/5 34/5 35/25
while [3] 8/6 31/7 38/12
who [19] 4/13 8/11 14/15 16/5 16/5 16/7 19/4 21/5 21/15 21/16 21/21 21/21 22/1 22/2 22/4 32/13 32/24 32/25 33/17
whole [3] 16/4 23/11 23/17
Whose [1] 13/21
why [9] 8/4 8/10 8/13 8/22 9/21 30/8 32/22 38/16 42/10
wife [1] 40/6
will [12] 5/17 5/25 6/10 7/12 7/18 8/11 35/2 40/15 43/9 43/20 43/21 45/7
willing [1] 23/18

# W

wish [1]  7/17
wishes [1]  37/17
withdraw [1]  7/12
withdrawal [1]  37/21
withdrew [1]  32/22
within [2]  44/9 44/19
without [2]  5/10 45/5
witness [13]  9/19 17/16 19/5 24/10 26/5
 30/2 33/22 33/23 34/10 34/13 36/15
 37/1 38/20
witness' [1]  34/14
wondering [1]  40/21
Word [1]  3/22
words [1]  21/23
work [3]  6/4 11/17 31/8
working [2]  41/14 42/5
WORTH [6]  1/3 1/5 1/17 2/15 46/13
 46/16
would [41]  4/22 13/3 13/10 15/14 16/15
 16/16 16/17 16/19 16/19 21/11 22/16
 24/1 24/4 24/4 26/1 26/11 26/12 27/19
 30/16 33/20 33/23 34/20 35/10 35/22
 37/14 37/19 37/20 38/23 39/20 40/2
 40/25 41/17 41/24 42/4 42/10 42/11
 42/15 42/15 43/4 43/12 45/3
wouldn't [4]  10/7 15/15 18/16 21/13
wrong [4]  5/7 10/10 41/13 42/9
wrote [1]  33/20

# Y

y'all [1]  8/23
yahoo.com [2]  2/16 46/19
yeah [2]  25/19 38/16
years [11]  39/17 40/4 40/19 40/19 40/20
 40/21 41/11 41/12 41/12 43/7 43/19
yes [48]
you [158]
you -- I [2]  9/21 19/23
you -- with -- can [1]  28/16
you'll [1]  23/22
you're [6]  10/6 19/13 23/15 23/25 29/8
 45/12
young [1]  40/13
your [118]
yourself [1]  6/5
YOVANA [1]  2/12